# PROPERTY TAX TRANSPARENCY

The information below reflects appraisal district records for the property specified, and captures the property's condition as of January 1 of the tax year selected. All information in this report is as of the report date May 28, 2025. Your local appraisal district may update these records as the tax year progresses.

*Please check your appraisal district's website for the most up-to-date market value and exemptions information on this property.*

*Please check your tax office website for the most up-to-date tax rate and tax amount information for this property.*

## PROPERTY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Property ID | 283860 | | |
| Tax Year | 2025 | | |
| Report Date | May 28, 2025 | | |
| Property Address | 28722 CHAMPIONS DR, MAGNOLIA TX 77355 | Legal Description | HIGH MEADOW RANCH 11, BLOCK 2, LOT 7 |
| Appraisal District | MONTGOMERY CENTRAL APPRAISAL 109 GLADSTELL - P.O. BOX 2233 CONROE, TX  77305 (936) 756-3354 HTTPS://MCAD-TX.ORG | Tax Office | Montgomery Cnty TAX OFFICE MONTGOMERY COUNTY TAX OFFICE CONROE , null 77301 |
| Tax Entities | Appraisal District Emergency Ser Dist #10 Montgomery Cnty Mont Co Hospital Lone Star College Magnolia ISD | | |

**Property Characteristics**

- [x] Residential
- [ ] Commercial
- [ ] Business Personal Property
- [ ] Mobile Home
- [ ] Under Construction / Incomplete

**Exemptions as of January 1:** Homestead

## 2024 PROPERTY TAXES

| | |
|---|---|
| 2024 Market Value | $947,000 |
| 2024 Net Appraised Value | $845,735 |
| 2024 Total Tax Bill | $11,605.61 |

**The property's 2024 tax bill would have been the following without any exemptions: $14,950.29**

# 2025 PROPERTY TAX PREVIEW

2025 Market Value          $1,028,573

2025 Net Appraised Value   $930,309

Your local appraisal district determines a property's market value as of January 1 of each year. A Notice of Appraised Value with market value and exemption information is mailed in April of each year. If you disagree with your property's market value, you can file a protest before May 15 of each year. If you do not receive the Notice of Appraised Value or the values listed above are unavailable, you can find the property's information on the appraisal district's website, usually in mid-April of each year.

# EXEMPTION STATUS

The following exemptions were on the property as of January 1 and are expected to remain on the property for the calculation of the year's property tax bill:

**Homestead**

**IMPORTANT:** If the property is sold to new ownership in 2025, **all exemptions** will be removed as of January 1, 2026.

If the property has an over 65 or disabled persons exemption, the owner has the right to port or transfer this exemption to another property by requesting this transfer with the Appraisal District.

Removing exemptions from a property will change the net appraised value used to calculate property tax bills. This may result in a new owner facing a higher property tax bill than the previous owner would have received.

New owners may be eligible for a general residence homestead exemption if they own and reside on a property. Exemptions are also available for disabled veterans, seniors over the age of 65, people with qualifying disabilities, and some surviving spouses.

# PID 283860 | 28722 CHAMPIONS DR

Property Summary Report | 2025
Online Services | Montgomery Central Appraisal District

## GENERAL INFO

**ACCOUNT**
Property ID: 283860
Geographic ID: 5799-11-03400
Type: R
Zoning:
Agent: O'CONNOR & ASSOCIATES
Legal Description: HIGH MEADOW RANCH 11, BLOCK 2, LOT 7
Property Use:

**OWNER**
Name: CASSATA, VENANZIO
Secondary Name:
Mailing Address: 28722 CHAMPIONS DR MAGNOLIA TX USA 77355-7538
Owner ID: 618297
% Ownership: 100.000000
Exemptions: HS - Homestead

**LOCATION**
Address: 28722 CHAMPIONS DR, MAGNOLIA TX 77355
Market Area:
Market Area CD: 52155.1
Map ID:
Zoning:

**PROTEST**
Protest Status:
Informal Date:
Formal Date:

## VALUES

**CURRENT VALUES**

| | |
|---|---:|
| Land Homesite: | $173,250 |
| Land Non-Homesite: | $0 |
| Special Use Land Market: | $0 |
| Total Land: | $173,250 |
| Improvement Homesite: | $855,323 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $855,323 |
| Market: | $1,028,573 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $1,028,573 |
| Value Limitation Adjustment (-): | $98,264 |
| Net Appraised: | $930,309 |

**VALUE HISTORY**



| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | $173,250 | $855,323 | $0 | $1,028,573 | $98,264 | $930,309 |
| 2024 | $173,250 | $773,750 | $0 | $947,000 | $101,265 | $845,735 |
| 2023 | $173,250 | $649,740 | $0 | $822,990 | $54,140 | $768,850 |
| 2022 | $117,270 | $768,700 | $0 | $885,970 | $187,020 | $698,950 |
| 2021 | $113,850 | $521,560 | $0 | $635,410 | $0 | $635,410 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|---|---|---|---|---|
| F10 | Emergency Ser Dist #10 | 0.087300 | $930,309 | $930,309 |
| GMO | Montgomery Cnty | 0.379000 | $930,309 | $744,247 |
| HM1 | Mont Co Hospital | 0.049700 | $930,309 | $744,247 |
| JNH | Lone Star College | 0.107600 | $930,309 | $855,884 |
| SMA | Magnolia ISD | 0.989500 | $930,309 | $830,309 |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

| Improvement #1: | Residential | Improvement Value: | $825,323 | Main Area: | 4,297 |
|---|---|---|---|---|---|
| State Code: A1 | Description: HOUSE | | | Gross Building Area: | 6,344 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| MA | Main Area | 7 | | 1 | 2004 | 2004 | 4,297 |
| BG | Attached Brick Garage | 7 | | 1 | 2004 | 2004 | 1,023 |
| OMP | Open Masonry Porch | 7 | | 1 | 2004 | 2004 | 301 |
| OMP | Open Masonry Porch | 7 | | 1 | 2004 | 2004 | 165 |
| MP | Masonry Patio | 7 | | 1 | 2020 | 2020 | 525 |
| OMP | Open Masonry Porch | 7 | | 1 | 2004 | 2004 | 33 |

**Improvement Features**

OMP Exterior Finish: R1
OMP Exterior Finish: R1
OMP Exterior Finish: R1
BG Exterior Finish: R1
MP Exterior Finish: R1
MA Foundation: 1, HVAC: RH1-RC1, Plumbing: 3FB, Plumbing: 18, Interior Finish: 1, Flooring: 1, Roof: 1, Fireplace: 1P1, Exterior Finish: R1, Plumbing: 8AF, Flooring: 2

| Improvement #2: | Misc Improvement | Improvement Value: | $25,000 | Main Area: | 0 |
|---|---|---|---|---|---|
| State Code: A1 | Description: POOL/SPA EV | | | Gross Building Area: | 1 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2011 | 0 | 1 |

**Improvement Features**

| Improvement #3: | Residential | Improvement Value: | $5,000 | Main Area: | 0 |
|---|---|---|---|---|---|
| State Code: A1 | Description: ODK EV | | | Gross Building Area: | 1 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2020 | 0 | 1 |

**Improvement Features**

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|---|---|---|---|---|---|---|
| A1 | Front Acreage | 0.9900 | 43,124.4 | $4.02 | $173,250 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|---|---|---|---|---|---|---|---|---|
| 12/4/20 | WDV | W/d & V/ln | BERRY, RICHARD E & SUE ELLEN | CASSATA, VENANZIO | | | | 2020143799 |
| 2/24/10 | GWD | Gen W/deed | MAREK, JOHN A & DEBORAH L | BERRY, RICHARD E & SUE ELLEN | | | | 2010014642 |
| 11/2/05 | WDV | W/d & V/ln | HOMEFRONT CONSTRUCTION | MAREK, JOHN A & DEBORAH L | 948.10 | | 0884 | |
| 3/16/04 | WD | Warnty Deed | BROWN, WILEY E & MARY JO | HOMEFRONT CONSTRUCTION | 541.10 | | 0776 | 2004-027706 |
| 9/21/00 | WDV | W/d & V/ln | JACK FREY PROPERTIES INC | BROWN, WILEY E & MARY JO | 778.00 | | 1948 | |