# Brazoria CAD Property Search

## 🔖 Property Details

### Account

| | | | |
|---|---|---|---|
| **Property ID:** | 240856 | **Geographic ID:** | 7163-2494-000 |
| **Type:** | R | **Zoning:** | 3-31-10CJC/AMS |
| **Property Use:** | | | |

### Location

| | |
|---|---|
| **Situs Address:** | 914 GULF ST QUINTANA, TX 77541 |
| **Map ID:** | **Mapsco:** |
| **Legal Description:** | QUINTANA BLK 90 LOT 4 ACRES .1416 |
| **Abstract/Subdivision:** | S7163 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

### Owner

| | |
|---|---|
| **Owner ID:** | 1196112 |
| **Name:** | TYNER JUDITH CAMILLE |
| **Agent:** | |
| **Mailing Address:** | 818 FORT VELASCO DR<br>SURFSIDE BEACH, TX 77541-7214 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $14,940 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $3,850 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $18,790 (=) |
| **Agricultural Value Loss:** ❓ | |

EXHIBIT 4                                    001

| | |
|---|---|
| **HS Cap Loss:** ❓ | $0 (-) |
| **Circuit Breaker:** ❓ | $0 (-) |
| **Appraised Value:** ❓ | $18,790 |
| **Ag Use Value:** | $0 |

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** TYNER JUDITH CAMILLE **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $18,790 | $18,790 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.012561 | $18,790 | $18,790 | $2.36 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $18,790 | $18,790 | $13.38 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $18,790 | $18,790 | $49.16 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $18,790 | $18,790 | $50.51 | |
| NAV | PORT FREEPORT | 0.000000 | $18,790 | $18,790 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $18,790 | $18,790 | $7.88 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $18,790 | $18,790 | $178.66 | |

**Total Tax Rate:** 1.606900

**Estimated Taxes With Exemptions:** $301.95

**Estimated Taxes Without Exemptions:** $301.95

# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | | | |
|---|---|---|---|
| **Property ID:** | 240856 | **Geographic ID:** | 7163-2494-000 |
| **Type:** | R | **Zoning:** | 3-31-10CJC/AMS |
| **Property Use:** | | | |

**Location**

| | |
|---|---|
| **Situs Address:** | 914 GULF ST QUINTANA, TX 77541 |
| **Map ID:** | **Mapsco:** |
| **Legal Description:** | QUINTANA BLK 90 LOT 4 ACRES .1416 |
| **Abstract/Subdivision:** | S7163 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

**Owner**

| | |
|---|---|
| **Owner ID:** | 1196112 |
| **Name:** | TYNER JUDITH CAMILLE |
| **Agent:** | |
| **Mailing Address:** | 818 FORT VELASCO DR<br>SURFSIDE BEACH, TX 77541-7214 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $14,940 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $3,850 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $18,790 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| **HS Cap Loss:** ❓ | $0 (-) |
| **Circuit Breaker:** ❓ | |

**EXHIBIT 4**    003

| | |
|---|---:|
| **Appraised Value:** ❓ | $18,790 |
| **Ag Use Value:** | $0 |

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** TYNER JUDITH CAMILLE **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $18,790 | $18,790 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.012561 | $18,790 | $18,790 | $2.36 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $18,790 | $18,790 | $13.38 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $18,790 | $18,790 | $49.16 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $18,790 | $18,790 | $50.51 | |
| NAV | PORT FREEPORT | 0.000000 | $18,790 | $18,790 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $18,790 | $18,790 | $7.88 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $18,790 | $18,790 | $178.66 | |

**Total Tax Rate:** 1.606900

**Estimated Taxes With Exemptions:** $301.95

**Estimated Taxes Without Exemptions:** $301.95

**EXHIBIT 4**    004

## 🔖 Property Improvement - Building

**Type:** Residential **Living Area:** 546.0 sqft **Value:** $14,940

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| MA | MAIN AREA | 3 | 1960 | 546 |
| OFP | OPEN PORCH | 3 | 1960 | 78 |
| WD | WOOD DECK | 3 | 1998 | 104 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S1 | PRIMARY SITE | 0.14 | 6,166.00 | 0.00 | 0.00 | $3,850 | $0 |

**EXHIBIT 4**  005

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | HS Cap Loss | Appraised |
|---|---|---|---|---|---|
| 2025 | $14,940 | $3,850 | $0 | $0 | $18,790 |
| 2024 | $14,940 | $3,850 | $0 | $0 | $18,790 |
| 2023 | $14,940 | $3,850 | $0 | $0 | $18,790 |
| 2022 | $14,940 | $2,700 | $0 | $0 | $17,640 |
| 2021 | $14,940 | $2,700 | $0 | $0 | $17,640 |
| 2020 | $14,940 | $2,700 | $0 | $0 | $17,640 |
| 2019 | $14,940 | $2,290 | $0 | $0 | $17,230 |
| 2018 | $14,940 | $2,290 | $0 | $0 | $17,230 |
| 2017 | $6,100 | $2,430 | $0 | $0 | $8,530 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 10/23/2023 | DM | MISCELLANEOUS DEED | DOTY HAROLD ESTATE | TYNER JUDITH CAMILLE | 2023 | 052167 | |
| 4/11/2023 | DC | DEATH CERTIFICATE | DOTY HAROLD | DOTY HAROLD ESTATE | | | |
| 3/7/2005 | CD | CASH DEED | STILLEY ANDREW ALLEN | DOTY HAROLD | 05 | 012375 | 0 |

EXHIBIT 4                                                                                                006

**EXHIBIT 4**  **007**