# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | |
|---|---|
| **Property ID:** | 254564 |
| **Type:** | R |
| **Property Use:** | |

**Geographic ID:** 7875-0385-000
**Zoning:** 02/28/2022 CH

**Location**

| | |
|---|---|
| **Situs Address:** | 818 FT VELASCO DR SURFSIDE, TX 77541 |
| **Map ID:** | 912Z |
| **Mapsco:** | |
| **Legal Description:** | SURFSIDE BLK 540 LOT 7 - LOT 8 (SE/80') |
| **Abstract/Subdivision:** | S7875 |
| **Neighborhood:** | (CSS) CITY OF SURFSIDE |

**Owner**

| | |
|---|---|
| **Owner ID:** | 1196112 |
| **Name:** | TYNER JUDITH CAMILLE |
| **Agent:** | |
| **Mailing Address:** | 818 FORT VELASCO DR<br>SURFSIDE BEACH, TX 77541-7214 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | HS -<br>For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $223,820 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $98,180 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $3?_,___ |
| **Agricultural Value Loss:** ❓ | |

| | | |
|---|---|---:|
| **HS Cap Loss:** | | $106,880 (-) |
| **Circuit Breaker:** | | $0 (-) |
| **Appraised Value:** | | $215,120 |
| **Ag Use Value:** | | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** TYNER JUDITH CAMILLE **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $322,000 | $115,120 | $0.00 | |
| CSS | VILLAGE OF SURFSIDE | 0.279199 | $322,000 | $172,096 | $480.49 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $322,000 | $172,096 | $122.53 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $322,000 | $172,096 | $450.25 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $322,000 | $172,096 | $462.58 | |
| NAV | PORT FREEPORT | 0.000000 | $322,000 | $172,096 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $322,000 | $169,096 | $70.89 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $322,000 | $93,608 | $890.02 | |

**Total Tax Rate:** 1.873538

**Estimated Taxes With Exemptions:** $2,476.76

**Estimated Taxes Without Exemptions:** $6,032.79

**EXHIBIT 6**  002

# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | | | |
|---|---|---|---|
| **Property ID:** | 254564 | **Geographic ID:** | 7875-0385-000 |
| **Type:** | R | **Zoning:** | 02/28/2022 CH |
| **Property Use:** | | | |

**Location**

| | |
|---|---|
| **Situs Address:** | 818 FT VELASCO DR SURFSIDE, TX 77541 |
| **Map ID:** | 912Z |
| **Mapsco:** | |
| **Legal Description:** | SURFSIDE BLK 540 LOT 7 - LOT 8 (SE/80') |
| **Abstract/Subdivision:** | S7875 |
| **Neighborhood:** | (CSS) CITY OF SURFSIDE |

**Owner**

| | |
|---|---|
| **Owner ID:** | 1196112 |
| **Name:** | TYNER JUDITH CAMILLE |
| **Agent:** | |
| **Mailing Address:** | 818 FORT VELASCO DR<br>SURFSIDE BEACH, TX 77541-7214 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | HS -<br>For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $223,820 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $98,180 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $322,000 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| **HS Cap Loss:** ❓ | $106 |
| **Circuit Breaker:** ❓ | |

**EXHIBIT 6**

003

**Appraised Value:** ❓ $215,120

**Ag Use Value:** $0

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** TYNER JUDITH CAMILLE **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $322,000 | $115,120 | $0.00 | |
| CSS | VILLAGE OF SURFSIDE | 0.279199 | $322,000 | $172,096 | $480.49 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $322,000 | $172,096 | $122.53 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $322,000 | $172,096 | $450.25 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $322,000 | $172,096 | $462.58 | |
| NAV | PORT FREEPORT | 0.000000 | $322,000 | $172,096 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $322,000 | $169,096 | $70.89 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $322,000 | $93,608 | $890.02 | |

**Total Tax Rate:** 1.873538

**Estimated Taxes With Exemptions:** $2,476.76

**Estimated Taxes Without Exemptions:** $6,032.79

## 🔖 Property Improvement - Building

**Description:** RESIDENTIAL **Living Area:** 1194.0 sqft **Value:** $216,670

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| MA | MAIN AREA | 4+ | 1950 | 1194 |
| WD | WOOD DECK | 4+ | 1950 | 348 |
| MP | CONCRETE PATIO | 4+ | 1950 | 154 |
| AS1 | ATTACHED STORAGE | 4+ | 2014 | 154 |

**Description:** ELEVATOR **Type:** Misc Imp **Living Area:** 0 sqft **Value:** $7,150

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| MISC | MISC IMPROVEMENTS | * | 0 | 0 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S1 | PRIMARY SITE | 0.19 | 8,250.00 | 0.00 | 0.00 | $98,180 | $0 |

**EXHIBIT 6**  005

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | HS Cap Loss | Appraised |
|---|---|---|---|---|---|
| 2025 | $223,820 | $98,180 | $0 | $106,880 | $215,120 |
| 2024 | $226,540 | $103,950 | $0 | $134,926 | $195,564 |
| 2023 | $221,390 | $103,950 | $0 | $147,555 | $177,785 |
| 2022 | $156,450 | $75,080 | $0 | $69,907 | $161,623 |
| 2021 | $91,940 | $54,990 | $0 | $0 | $146,930 |
| 2020 | $91,940 | $54,990 | $0 | $0 | $146,930 |
| 2019 | $91,750 | $47,890 | $0 | $0 | $139,640 |
| 2018 | $88,990 | $40,800 | $0 | $0 | $129,790 |
| 2017 | $88,990 | $40,800 | $0 | $0 | $129,790 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 6/2/2019 | DM | MISCELLANEOUS DEED | LINDSEY JOSEPH & CAMILLE TYNER | TYNER JUDITH CAMILLE | 18 | 026060 | |
| 5/25/2018 | DM | MISCELLANEOUS DEED | | | 2018 | 026060 | |
| 5/26/2016 | DV | DEED RETAINING VENDORS LIEN | HECHLER WAYNE W | LINDSEY JOSEPH & CAMILLE TYNER | 16 | 024367 | |

EXHIBIT 6

006

**EXHIBIT 6** 007