# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | | | |
|---|---|---|---|
| **Property ID:** | 194674 | **Geographic ID:** | 2280-0146-000 |
| **Type:** | R | **Zoning:** | 03/18/2015 AMS |
| **Property Use:** | | | |

**Location**

| | |
|---|---|
| **Situs Address:** | 2535 COMPASS CT , |
| **Map ID:** | **Mapsco:** |
| **Legal Description:** | BRYAN BEACH (A0335 J G MCNEEL) BLK 7 LOT 16 SEC I |
| **Abstract/Subdivision:** | S2280 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

**Owner**

| | |
|---|---|
| **Owner ID:** | 1179501 |
| **Name:** | FLIQ COMMON FACILITIES LLC |
| **Agent:** | CUMMINGS WESTLAKE LLC |
| **Mailing Address:** | 333 CLAY ST STE 5050<br>HOUSTON, TX 77002-4101 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $101,480 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $16,500 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $117,980 (=) |
| **Agricultural Value Loss:** ❓ | |

**EXHIBIT 8**                                                                                                                              **001**

| | |
|---|---|
| HS Cap Loss: | $0 (-) |
| Circuit Breaker: | $0 (-) |
| Appraised Value: | $117,980 |
| Ag Use Value: | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** FLIQ COMMON FACILITIES LLC  **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $117,980 | $117,980 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.012561 | $117,980 | $117,980 | $14.82 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $117,980 | $117,980 | $84.00 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $117,980 | $117,980 | $308.67 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $117,980 | $117,980 | $317.12 | |
| NAV | PORT FREEPORT | 0.000000 | $117,980 | $117,980 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $117,980 | $117,980 | $49.46 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $117,980 | $117,980 | $1,121.75 | |

**Total Tax Rate:** 1.606900

**Estimated Taxes With Exemptions:** $1,895.82

**Estimated Taxes Without Exemptions:** $1,895.82

**EXHIBIT 8**                                                                                              **002**

# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | |
|---|---|
| Property ID: | 194674 |
| Type: | R |
| Property Use: | |

Geographic ID: 2280-0146-000
Zoning: 03/18/2015 AMS

**Location**

| | |
|---|---|
| Situs Address: | 2535 COMPASS CT , |
| Map ID: | |
| Legal Description: | BRYAN BEACH (A0335 J G MCNEEL) BLK 7 LOT 16 SEC I |
| Abstract/Subdivision: | S2280 |
| Neighborhood: | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

Mapsco:

**Owner**

| | |
|---|---|
| Owner ID: | 1179501 |
| Name: | FLIQ COMMON FACILITIES LLC |
| Agent: | CUMMINGS WESTLAKE LLC |
| Mailing Address: | 333 CLAY ST STE 5050<br>HOUSTON, TX 77002-4101 |
| % Ownership: | 100.0% |
| Exemptions: | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $101,480 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $16,500 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $117,980 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| **HS Cap Loss:** ❓ | $0 (-) |
| **Circuit Breaker:** ❓ | |

**EXHIBIT 8**                                        003

| | |
|---|---:|
| **Appraised Value:** ❓ | $117,980 |
| **Ag Use Value:** | $0 |

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** FLIQ COMMON FACILITIES LLC  **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $117,980 | $117,980 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.012561 | $117,980 | $117,980 | $14.82 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $117,980 | $117,980 | $84.00 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $117,980 | $117,980 | $308.67 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $117,980 | $117,980 | $317.12 | |
| NAV | PORT FREEPORT | 0.000000 | $117,980 | $117,980 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $117,980 | $117,980 | $49.46 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $117,980 | $117,980 | $1,121.75 | |

**Total Tax Rate:** 1.606900

**Estimated Taxes With Exemptions:** $1,895.82

**Estimated Taxes Without Exemptions:** $1,895.82

**EXHIBIT 8**  004

## 🔖 Property Improvement - Building

**Description:** RESIDENTIAL **Type:** Residential **Living Area:** 1023.0 sqft **Value:** $99,660

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| MA | MAIN AREA | 5- | 2001 | 1023 |
| OFP | OPEN PORCH | 5- | 2001 | 297 |
| WD | WOOD DECK | 5- | 2001 | 45 |
| CP | CARPORT | 5- | 2001 | 803 |
| FG | FRAME GARAGE | 5- | 2004 | 220 |
| MP | CONCRETE PATIO | 5- | 2004 | 434 |
| WD | WOOD DECK | 5- | 2008 | 704 |

**Description:** BOAT DOCK **Living Area:** 0 sqft **Value:** $580

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| RD1 | | 4 | 2001 | 128 |

**Description:** BULK HEAD **Living Area:** 0 sqft **Value:** $1,070

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| BH1 | | 4 | 1980 | 55 |

**Description:** BOAT LIFT **Living Area:** 0 sqft **Value:** $170

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| BL1 | BOAT LIFT LIGHT DUTY | 4 | 2008 | 1 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S6 | CANAL | 0.13 | 5,500.00 | 0.00 | 0.00 | $16,500 | $0 |

**EXHIBIT 8**                                                                                          **005**

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | HS Cap Loss | Appraised |
|---|---|---|---|---|---|
| 2025 | $101,480 | $16,500 | $0 | $0 | $117,980 |
| 2024 | $116,700 | $16,500 | $0 | $0 | $133,200 |
| 2023 | $117,970 | $16,500 | $0 | $0 | $134,470 |
| 2022 | $95,480 | $16,500 | $0 | $0 | $111,980 |
| 2021 | $91,330 | $16,500 | $0 | $0 | $107,830 |
| 2020 | $90,820 | $14,030 | $0 | $0 | $104,850 |
| 2019 | $90,820 | $14,030 | $0 | $0 | $104,850 |
| 2018 | $108,420 | $14,030 | $0 | $0 | $122,450 |
| 2017 | $108,420 | $14,030 | $0 | $0 | $122,450 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 5/1/2020 | WD | WARRANTY DEED | FLNG LIQUEFACTION 3 | FLIQ COMMON FACILITIES LLC | 20 | 021713 | |
| 6/1/2015 | WD | WARRANTY DEED | GASKILL CHRISTOPHER J & CYNTHIA K | FLNG LIQUEFACTION 3 | 15 | 023901 | |
| 1/8/2001 | WD | WARRANTY DEED | T E A MANUFACTURING CORP | GASKILL CHRISTOPHER J & CYNTHIA K | 01 | 001707 | 0 |

**EXHIBIT 8**

006

**EXHIBIT 8**  **007**