

**Shari Wright** · 3rd
Regulatory Training Coordinator at Freeport LNG

- Freeport LNG
- San Juan College

Lake Jackson, Texas, United States · **Contact info**
309 connections

Message   + Follow   More

## Activity
311 followers

**Posts**   Comments

Shari Wright reposted this

**Tabatha Coker** · 3rd+
Community Affairs Coordinator at Trilogy Reso..
2mo · 🌐

**Trilogy Resources LLC**
6 followers

Temporary Access For Your Next Project!



6 · 1 repost

Shari Wright reposted t

**Jonna Cain**
Leveraging trainin
3mo · 🌐

Looking for a high impact
to influence a company's
an opportunity for you! T
role and needs someone
ready to make the positic
this sounds like you, chec
more details!

https://lnkd.in/g6NaNfF!



32 · 4 reposts

Show all posts →

Experience

**EXHIBIT 9**                                                                    001