# Brazoria CAD Property Search

## 🔖 Property Details

### Account

| | |
|---|---|
| Property ID: | 240766 |
| Type: | R |
| Property Use: | |

Geographic ID: 7163-1840-110
Zoning: 3-31-10AMS/CJC

### Location

| | |
|---|---|
| Situs Address: | LAMAR ST QUINTANA, |
| Map ID: | |
| Legal Description: | QUINTANA BLK 71 LOT 12-LOT 11 (N/2) ACRES 0.2123 |
| Abstract/Subdivision: | S7163 |
| Neighborhood: | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

Mapsco:

### Owner

| | |
|---|---|
| Owner ID: | 85526 |
| Name: | ALONGIS STEPHEN & DEBORAH |
| Agent: | |
| Mailing Address: | 807 BURNET ST<br>FREEPORT, TX 77541-8104 |
| % Ownership: | 100.0% |
| Exemptions: | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $0 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $0 (+) |
| **Land Non-Homesite Value:** | $2,500 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $2,500 (=) |
| **Agricultural Value Loss:** ❓ | |

| | |
|---|---|
| HS Cap Loss: | $0 (-) |
| Circuit Breaker: | $0 (-) |
| Appraised Value: | $2,500 |
| Ag Use Value: | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** ALONGIS STEPHEN & DEBORAH  **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $2,500 | $2,500 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.014898 | $2,500 | $2,500 | $0.37 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.084550 | $2,500 | $2,500 | $2.11 | |
| GBC | BRAZORIA COUNTY | 0.365233 | $2,500 | $2,500 | $9.13 | |
| JBR | BRAZOSPORT COLLEGE | 0.300177 | $2,500 | $2,500 | $7.50 | |
| NAV | PORT FREEPORT | 0.040100 | $2,500 | $2,500 | $1.00 | |
| RDB | ROAD & BRIDGE FUND | 0.050000 | $2,500 | $2,500 | $1.25 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 1.185300 | $2,500 | $2,500 | $29.63 | |

**Total Tax Rate:** 2.040258

**Estimated Taxes With Exemptions:** $50.99

**Estimated Taxes Without Exemptions:** $50.99

EXHIBIT 10                                         002

https://esearch.brazoriacad.org/property/view/240766?year=2019&printView=summary&recaptchaToken=03AFcWeA7V7Rrvw7sZz1UzamZzt3fyrlAP5...    2/2

# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | | | |
|---|---|---|---|
| **Property ID:** | 240766 | **Geographic ID:** | 7163-1840-110 |
| **Type:** | R | **Zoning:** | 3-31-10AMS/CJC |
| **Property Use:** | | | |

**Location**

| | |
|---|---|
| **Situs Address:** | LAMAR ST QUINTANA, |
| **Map ID:** | **Mapsco:** |
| **Legal Description:** | QUINTANA BLK 71 LOT 12-LOT 11 (N/2) ACRES 0.2123 |
| **Abstract/Subdivision:** | S7163 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

**Owner**

| | |
|---|---|
| **Owner ID:** | 85526 |
| **Name:** | ALONGIS STEPHEN & DEBORAH |
| **Agent:** | |
| **Mailing Address:** | 807 BURNET ST<br>FREEPORT, TX 77541-8104 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $0 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $0 (+) |
| **Land Non-Homesite Value:** | $2,500 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $2,500 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| **HS Cap Loss:** ❓ | $0 (-) |
| **Circuit Breaker:** ❓ | |

**EXHIBIT 10**                                                              003

| | | |
|---|---|---:|
| **Appraised Value:** ❓ | | $2,500 |
| **Ag Use Value:** | | $0 |

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** ALONGIS STEPHEN & DEBORAH  **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $2,500 | $2,500 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.014898 | $2,500 | $2,500 | $0.37 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.084550 | $2,500 | $2,500 | $2.11 | |
| GBC | BRAZORIA COUNTY | 0.365233 | $2,500 | $2,500 | $9.13 | |
| JBR | BRAZOSPORT COLLEGE | 0.300177 | $2,500 | $2,500 | $7.50 | |
| NAV | PORT FREEPORT | 0.040100 | $2,500 | $2,500 | $1.00 | |
| RDB | ROAD & BRIDGE FUND | 0.050000 | $2,500 | $2,500 | $1.25 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 1.185300 | $2,500 | $2,500 | $29.63 | |

**Total Tax Rate:** 2.040258

**Estimated Taxes With Exemptions:** $50.99

**Estimated Taxes Without Exemptions:** $50.99

**EXHIBIT 10**                                                            004

# Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S1 | PRIMARY SITE | 0.21 | 9,249.00 | 0.00 | 0.00 | $2,500 | $0 |

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | HS Cap Loss | Appraised |
|------|--------------|-------------|--------------|-------------|-----------|
| 2019 | $0 | $2,500 | $0 | $0 | $2,500 |
| 2018 | $0 | $2,500 | $0 | $0 | $2,500 |
| 2017 | $0 | $2,500 | $0 | $0 | $2,500 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|-----------|------|-------------|---------|---------|--------|------|--------|
| 5/1/2020 | WD | WARRANTY DEED | FLNG LIQUEFACTION 3 | FLIQ COMMON FACILITIES LLC | 20 | 021713 | |
| 3/20/2020 | WD | WARRANTY DEED | ALONGIS STEPHEN & DEBORAH | FLNG LIQUEFACTION 3 | 2020 | 015327 | |
| 9/30/2000 | DM | MISCELLANEOUS DEED | REYNOLDS JEFFERY MARTIN | ALONGIS STEPHEN & DEBORAH | 00 | 043087 | 0 |

**EXHIBIT 10**                                            006

**EXHIBIT 10** 007