# Brazoria CAD Property Search

## 🔖 Property Details

### Account

| | |
|---|---|
| **Property ID:** | 647820 |
| **Geographic ID:** | 7163-2017-001 |
| **Type:** | R |
| **Zoning:** | 3-31-10CJC/AMS |
| **Property Use:** | |

### Location

| | |
|---|---|
| **Situs Address:** | BURNETT ST QUINTANA, TX |
| **Map ID:** | |
| **Mapsco:** | |
| **Legal Description:** | QUINTANA BLK 74 LOT 7 ACRES 0.1415 |
| **Abstract/Subdivision:** | S7163 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

### Owner

| | |
|---|---|
| **Owner ID:** | 1201307 |
| **Name:** | ALONGIS STEPHEN |
| **Agent:** | |
| **Mailing Address:** | 807 BURNET ST<br>FREEPORT, TX 77541-8104 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $86,520 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $7,710 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $94,230 (=) |
| **Agricultural Value Loss:** ❓ | |

**EXHIBIT 11**   001

**HS Cap Loss:** ❓ $0 (-)

**Circuit Breaker:** ❓ $0 (-)

**Appraised Value:** ❓ $94,230

**Ag Use Value:** $0

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** ALONGIS STEPHEN **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $94,230 | $94,230 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.013079 | $94,230 | $94,230 | $12.32 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.067288 | $94,230 | $94,230 | $63.41 | |
| GBC | BRAZORIA COUNTY | 0.270664 | $94,230 | $94,230 | $255.05 | |
| JBR | BRAZOSPORT COLLEGE | 0.264831 | $94,230 | $94,230 | $249.55 | |
| NAV | PORT FREEPORT | 0.016007 | $94,230 | $94,230 | $15.08 | |
| RDB | ROAD & BRIDGE FUND | 0.043284 | $94,230 | $94,230 | $40.79 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.953300 | $94,230 | $94,230 | $898.29 | |

**Total Tax Rate:** 1.628453

**Estimated Taxes With Exemptions:** $1,534.49

**Estimated Taxes Without Exemptions:** $1,534.49

EXHIBIT 11                                                                                      002

# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | | | |
|---|---|---|---|
| **Property ID:** | 647820 | **Geographic ID:** | 7163-2017-001 |
| **Type:** | R | **Zoning:** | 3-31-10CJC/AMS |
| **Property Use:** | | | |

**Location**

| | |
|---|---|
| **Situs Address:** | BURNETT ST QUINTANA, TX |
| **Map ID:** | **Mapsco:** |
| **Legal Description:** | QUINTANA BLK 74 LOT 7 ACRES 0.1415 |
| **Abstract/Subdivision:** | S7163 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

**Owner**

| | |
|---|---|
| **Owner ID:** | 1201307 |
| **Name:** | ALONGIS STEPHEN |
| **Agent:** | |
| **Mailing Address:** | 807 BURNET ST <br> FREEPORT, TX 77541-8104 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $86,520 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $7,710 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $94,230 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| **HS Cap Loss:** ❓ | $0 (-) |
| **Circuit Breaker:** ❓ | |

**EXHIBIT 11**                                                                                  003

| | | | | | $94,230 |
|---|---|---|---|---|---|

**Appraised Value:** $94,230

**Ag Use Value:** $0

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** ALONGIS STEPHEN   **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $94,230 | $94,230 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.013079 | $94,230 | $94,230 | $12.32 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.067288 | $94,230 | $94,230 | $63.41 | |
| GBC | BRAZORIA COUNTY | 0.270664 | $94,230 | $94,230 | $255.05 | |
| JBR | BRAZOSPORT COLLEGE | 0.264831 | $94,230 | $94,230 | $249.55 | |
| NAV | PORT FREEPORT | 0.016007 | $94,230 | $94,230 | $15.08 | |
| RDB | ROAD & BRIDGE FUND | 0.043284 | $94,230 | $94,230 | $40.79 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.953300 | $94,230 | $94,230 | $898.29 | |

**Total Tax Rate:** 1.628453

**Estimated Taxes With Exemptions:** $1,534.49

**Estimated Taxes Without Exemptions:** $1,534.49

**EXHIBIT 11**      **004**

## 🔖 Property Improvement - Building

**Description:** RESIDENTIAL **Type:** Residential **Living Area:** 1131.0 sqft **Value:** $86,520

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| MA | MAIN AREA | 4 | 2015 | 783 |
| MA2.0 | MAIN AREA 2 STORY | 4 | 2015 | 348 |
| WD | WOOD DECK | 4 | 2015 | 270 |
| WD2 | WOOD DECK UPPER | 4 | 2015 | 70 |
| WD2 | WOOD DECK UPPER | 4 | 2015 | 70 |
| MP | CONCRETE PATIO | 4 | 2015 | 1026 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S1 | PRIMARY SITE | 0.14 | 6,163.74 | 0.00 | 0.00 | $7,710 | $0 |

**EXHIBIT 11**  005

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | HS Cap Loss | Appraised |
|---|---|---|---|---|---|
| 2023 | $86,520 | $7,710 | $0 | $0 | $94,230 |
| 2022 | $70,570 | $7,710 | $0 | $0 | $78,280 |
| 2021 | $66,820 | $7,710 | $0 | $0 | $74,530 |
| 2020 | $76,720 | $7,710 | $0 | $0 | $84,430 |
| 2019 | $0 | $2,500 | $0 | $0 | $2,500 |
| 2018 | $0 | $2,500 | $0 | $0 | $2,500 |
| 2017 | $0 | $2,500 | $0 | $0 | $2,500 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 2/16/2024 | CC | CORRECTION DEED | | | 2024 | 006754 | |
| 9/27/2023 | WD | WARRANTY DEED | ALONGIS STEPHEN | FLIQ COMMON FACILITIES LLC | 2023 | 043671 | |
| 10/28/2021 | WT | WILL & TESTAMENTS | ALONGIS STEPHEN & DEBORAH | ALONGIS STEPHEN | | | |

EXHIBIT 11                                                                                           006

**EXHIBIT 11** **007**