

### Nicole Sams · 3rd
Sr. Environmental Specialist at Freeport LNG

- Freeport LNG

- Brazosport College

Angleton, Texas, United States · **Contact info**

480 followers · 413 connections

Follow   Message   More

Connect if you know each other   + Connect

## About

My background consists of several years as an Environmental Specialist and several years as an HSE Coordinator. I have gained a great deal of knowledge and skills in many areas throughout my career. My objective is to obtain a position that will allow me the opportunity to utilize my educational and work experiences.

## Activity
480 followers

+ Follow

Nicole Sams commented on a post · 1mo
Congrats Mike! 🎉

Nicole Sams commented on a post · 4mo
Congrats Scott! 🎉

Nicole Sams commented on a post · 5mo
Congrats Mike! 🎉

Show all comments →

## Experience

**Freeport LNG**
7 yrs 9 mos

EXHIBIT 20          001

**Environmental Specialist**
Full-time
Feb 2020 - Present · 5 yrs 6 mos

**Environmental Analyst**
Nov 2017 - Feb 2020 · 2 yrs 4 mos

**Environmental, Health and Safety Administration**
Gulf Chemical & Metallurgical Corp.
Jan 2014 - Apr 2017 · 3 yrs 4 mos
Freeport, Texas

- Excel, Word, Outlook, PowerPoint, Matrix, CDC Smart Client
- Monthly Physicals and Medical Record Monitoring and Reporti ...see more

## Education

**Brazosport College**
Certification of Completion, Business, Management, Marketing, and Related Support Services
2002 - 2004



**Alvin Community College**
Certificate, Real Estate
2002 - 2002

Show all 3 educations →

## Licenses & certifications

**Notary Public**
State of Texas
Issued May 2022 · Expires May 2026
Credential ID 129745917



**RCRA Hazardous Waste Management**
Lion Technology Inc.
Issued Jul 2022 · Expired Jul 2023

Show all 7 licenses & certifications →

## Skills

**Office Administration**
 3 endorsements

**Safety Management Systems**
Endorsed by Jeff Mueller who is highly skilled at this
 3 endorsements

Show all 29 skills →

## Interests

**Top Voices**    Companies    Groups    Schools



EXHIBIT 20                                                          002


**Jeff Weiner**  · 3rd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,405,423 followers

\+ Follow

Ad ···
Maximize hiring outcomes. Minimize the hassle.

 

Clay, hire more efficiently with LinkedIn.

Learn more

### More profiles for you


**Denell McClure**  · 2nd
Production / Supply Chain Planner Freeport LNG

Connect


**Candice Duhon**  · 2nd
LNG | Commercial | Energy | Finance | FP&A | Supply Chain

Connect


**Desiree Boutte**  · 2nd
HR Business Partner | Talent Strategy & Workforce Planning | Employee Engagement | Organizational & Community Advocate

\+ Follow


**Nathan Cashion**  · 3rd
Health, Safety & Emergency Response Professional

Message


**Chris Minter, CSP**  · 3rd
Seasoned Health and Safety Superintendent

Message

Show all

### Explore Premium profiles


**Mark Grae**  · 3rd
Grae & Grae, LLC

Message


**Dara Hall, CMP, CMM**  · 3rd
Exemplary Service Provider, Captain of Creative, Cost-conscious Logistics Teams for Event Source Professionals Inc.

Message

**EXHIBIT 20**                                                      003



**Uzo Akpele** in · 2nd
Immigration Lawyer. Credo Law, LLC

Connect



**David Shulman** in · 2nd
Board Certified Attorney in Wills, Trusts, and Estates; Partner at Ginsberg Shulman, PL

Connect

## People you may know



**Alex Salazar**
Attorney at Law, 8100 Broadway, Suite 102, San Antonio, Texas 78209 210-646-4659...

Connect



**Joseph Aragon**
Owner/Operator at Aragon Law Firm

Connect



**Marc LaHood**
Lawyer

Connect



**Kunal Udeshi**
Owner at Udeshi Law Firm PLLC

Connect



**Ramona Lampley**
Associate Dean for Research & Faculty Development St. Mary's University School of Law

Pending

Show all

## You might like
Pages for you



**American Bar Association**
Legal Services
322,671 followers

 2 connections work here

+ Follow



**U.S. District Courts**
Administration of Justice
74,400 followers

 2 connections work here

+ Follow

Show all

EXHIBIT 20   004



About — Accessibility — Talent Solutions — Questions? Visit our Help Center. — Select Language: English (English)

Professional Community Policies — Careers — Marketing Solutions

Privacy & Terms — Ad Choices — Advertising — Manage your account and privacy. Go to your Settings.

Sales Solutions — Mobile — Small Business

Safety Center — Recommendation transparency. Learn more about Recommended Content.

LinkedIn Corporation © 2025

**EXHIBIT 20**   **005**