

EXHIBIT 20-1