

EXHIBIT 20-3