

**EXHIBIT 22**