Redaction to Doc 1- 4

## Texas Driver Detail

### Record Details

**License number** ▮▮▮▮▮▮▮▮▮▮

**First Name** JUDITH

**Middle Name** CAMILLE

**Last Name** TYNER

**Date of Birth** ▮▮▮▮▮▮▮▮▮▮

**License type** DL

**Address** 914 GULF ST

**City** QUINTANA

**State** TX

**ZIP Code** 77541

**Issue Date** Jun 10 1976

Above information as provided by state - Our annotations are below

**Address (click to find others)** 914 Gulf St

**City/State/ZIP Code (click to find others)** Quintana, TX 77541-8101

1 'Look-up' has been deducted from your account 006377126-UID total on June 19, 2025 at 12:08:31.

About | Policies and Positions | FAQs | Terms and Conditions | Contact

All information contained herein © Copyright 1997-2025 PublicData.com | Questions? Comments? Feedback? E-mail us at: support@publicdata.com
Use of information contained herein must be done in accordance with the agreed upon terms and conditions.
Viewing this page constitutes an agreement to mediate any disputes with PublicData.com in Dallas County Texas USA.
Please be aware that many US lawmakers have made certain access to Public Records illegal and it is your responsibility to be aware of which Public Records you may view legally.
PublicData.com is not a consumer reporting agency and data provided by PublicData.com does not constitute a "consumer report" as that term is defined in the Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq.
sss