Redaction to Doc 1- 18

7/11/25, 2:39 PM                                              PublicData.Com[ Texas Driver Detail ]

Texas Driver Detail
Record Details

License number ▉▉▉▉▉▉▉▉▉▉              First Name  CLAUDIA

Middle Name  MARIA                     Last Name   CASSATA

Date of Birth ▉▉▉▉▉▉▉▉▉▉               License type DL

Address  703 BURNET ST                 City  FREEPORT

State  TX                              ZIP Code  77541

ZIP Code Plus 4  8103                  Issue Date  Aug 28 2000

Above information as provided by state - Our annotations are below

                                       City/State/ZIP Code (click to find others)

Address (click to find others)  703 Burnet St  Freeport,TX 77541-8103

1 'Look-up' has been deducted from your account 006377126-UID total on July 11, 2025 at 14:39:04.

About | Policies and Positions | FAQs | Terms and Conditions | Contact

All information contained herein © Copyright 1997-2025 PublicData.com | Questions? Comments? Feedback? E-mail us at: support@publicdata.com
Use of information contained herein must be done in accordance with the agreed upon terms and conditions.
Viewing this page constitutes an agreement to mediate any disputes with PublicData.com in Dallas County Texas USA.
Please be aware that many US lawmakers have made certain access to Public Records illegal and it is your responsibility to be aware of which Public Records you may view legally.
PublicData.com is not a consumer reporting agency and data provided by PublicData.com does not constitute a "consumer report" as that term is defined in the Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq.
sss

**EXHIBIT 17**                                                                          001