Texas Driver Detail



License number ███████████   First Name VENANZIO

Middle Name ANTHONY   Last Name CASSATA

Date of Birth ███████   License type DL

Address 28722 CHAMPIONS DR   City MAGNOLIA

State TX   ZIP Code 77355

Issue Date Dec 3 1976

Above information as provided by state - Our annotations are below

Address (click to find others) 28722   City/State/ZIP Code (click to find others)
Champions Dr Magnolia, TX 77355-7538

1 'Look-up' has been deducted from your account 006377126-UID total on June 9, 2025 at 16:14:39.

About | Policies and Positions | FAQs | Terms and Conditions | Contact

All information contained herein © Copyright 1997-2025 PublicData.com | Questions? Comments? Feedback? E-mail us at: support@publicdata.com
Use of information contained herein must be done in accordance with the agreed upon terms and conditions.
Viewing this page constitutes an agreement to mediate any disputes with PublicData.com in Dallas County Texas USA.
Please be aware that many US lawmakers have made certain access to Public Records illegal and it is your responsibility to be aware of which Public Records you may view legally.
PublicData.com is not a consumer reporting agency and data provided by PublicData.com does not constitute a "consumer report" as that term is defined in the Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq.
ssp

EXHIBIT 2    001