6/19/25, 12:08 PM                                              PublicData.Com[ Texas Driver Detail ]

## Texas Driver Detail
Record Details

License number ▮▮▮▮▮▮▮▮           First Name  JUDITH

Middle Name  CAMILLE              Last Name  TYNER

Date of Birth ▮▮▮▮▮▮              License type  DL

Address  914 GULF ST              City  QUINTANA

State  TX                         ZIP Code  77541

Issue Date  Jun 10 1976

Above information as provided by state - Our annotations are below

                                  City/State/ZIP Code (click to find others)
Address (click to find others) 914 Gulf St    Quintana, TX 77541-8101

*1 'Look-up' has been deducted from your account 006377126-UID total on June 19, 2025 at 12:08:31.*

About | Policies and Positions | FAQs | Terms and Conditions | Contact

All information contained herein © Copyright 1997-2025 PublicData.com | Questions? Comments? Feedback? E-mail us at: support@publicdata.com
Use of information contained herein must be done in accordance with the agreed upon terms and conditions.
Viewing this page constitutes an agreement to mediate any disputes with PublicData.com in Dallas County Texas USA.
Please be aware that many US lawmakers have made certain access to Public Records illegal and it is your responsibility to be aware of which Public Records you may view legally.
PublicData.com is not a consumer reporting agency and data provided by PublicData.com does not constitute a "consumer report" as that term is defined in the Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq.
sss