6/19/25, 12:09 PM                                           PublicData.Com[ Texas Driver Detail ]

Texas Driver Detail

Record Details

License number [REDACTED]                    First Name SUE

Middle Name ANN                              Last Name TULEY

Date of Birth [REDACTED]                     License type DL

Address 502B SUNDIAL ST                      City SURFSIDE BEACH

State TX                                     ZIP Code 77541

ZIP Code Plus 4 0000                         Issue Date May 3 1974

Above information as provided by state - Our annotations are below

Address (click to find others) 502-B Sundial St    City/State/ZIP Code (click to find others) Surfside Beach, TX 77541-9825

1 'Look-up' has been deducted from your account 006377126-UID total on June 19, 2025 at 12:09:23.

About | Policies and Positions | FAQs | Terms and Conditions | Contact

All information contained herein © Copyright 1997-2025 PublicData.com | Questions? Comments? Feedback? E-mail us at: support@publicdata.com
Use of information contained herein must be done in accordance with the agreed upon terms and conditions.
Viewing this page constitutes an agreement to mediate any disputes with PublicData.com in Dallas County Texas USA.
Please be aware that many US lawmakers have made certain access to Public Records illegal and it is your responsibility to be aware of which Public Records you may view legally.
PublicData.com is not a consumer reporting agency and data provided by PublicData.com does not constitute a "consumer report" as that term is defined in the Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq.
sss

**EXHIBIT 5**                                                                               001