6/20/25, 10:53 AM                                                    PublicData.Com[ Texas Driver Detail ]

## Texas Driver Detail

Record Details

License number [REDACTED]

First Name REBECCA

Middle Name LYNN

Last Name BUTTON

Date of Birth [REDACTED]

License type DL

Address 2535 COMPASS CT

City FREEPORT

State TX

ZIP Code 77541

Issue Date Jun 9 1986

Above information as provided by state - Our annotations are below

Address (click to find others) 2535 Compass Ct

City/State/ZIP Code (click to find others) Freeport, TX 77541-9101

1 'Look-up' has been deducted from your account 006377126-UID total on June 20, 2025 at 10:52:29.

About | Policies and Positions | FAQs | Terms and Conditions | Contact

All information contained herein © Copyright 1997-2025 PublicData.com | Questions? Comments? Feedback? E-mail us at: support@publicdata.com
Use of information contained herein must be done in accordance with the agreed upon terms and conditions.
Viewing this page constitutes an agreement to mediate any disputes with PublicData.com in Dallas County Texas USA.
Please be aware that many US lawmakers have made certain access to Public Records illegal and it is your responsibility to be aware of which Public Records you may view legally.
PublicData.com is not a consumer reporting agency and data provided by PublicData.com does not constitute a "consumer report" as that term is defined in the Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq.
sss

**EXHIBIT 7**                                                                                                      001