



**Shari Wright** · 3rd
Regulatory Training Coordinator at Freeport LNG


- Freeport LNG


- San Juan College

Lake Jackson, Texas, United States · **Contact info**
309 connections

Message   + Follow   More

## Activity
311 followers

**Posts**   **Comments**

Shari Wright reposted this


**Tabatha Coker** · 3rd+
Community Affairs Coordinator at Trilogy Reso...
2mo · 

 **Trilogy Resources LLC**
6 followers

Temporary Access For Your Next Project!

6 · 1 repost




Shari Wright reposted t


**Jonna Cain**
Leveraging trainin
3mo · 

Looking for a high impac
to influence a company's
an opportunity for you! T
role and needs someone
ready to make the positic
this sounds like you, chec
more details!

https://lnkd.in/g6NaNfF



32 · 4 reposts

Show all posts →

Experience

**EXHIBIT 9**

001