# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | | | |
|---|---|---|---|
| **Property ID:** | 240768 | **Geographic ID:** | 7163-1851-110 |
| **Type:** | R | **Zoning:** | 3-31-10AMS/CJC |
| **Property Use:** | | | |

**Location**

| | |
|---|---|
| **Situs Address:** | BURNETT ST QUINTANA, |
| **Map ID:** | **Mapsco:** |
| **Legal Description:** | QUINTANA BLK 72 LOT 2-11 ACRES .2831 |
| **Abstract/Subdivision:** | S7163 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

**Owner**

| | |
|---|---|
| **Owner ID:** | 1109163 |
| **Name:** | FLIQ COMMON FACILITIES LLC |
| **Agent:** | CUMMINGS WESTLAKE LLC |
| **Mailing Address:** | % FREEPORT LNG DEVELOPMENT LLP<br>333 CLAY ST STE 5050<br>HOUSTON, TX 77002-4101 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $115,540 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $6,550 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $1__,___ |
| **Agricultural Value Loss:** ❓ | |

**EXHIBIT 13**                    001

| | |
|---|---|
| **HS Cap Loss:** | $0 (-) |
| **Circuit Breaker:** | $0 (-) |
| **Appraised Value:** | $122,090 |
| **Ag Use Value:** | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** FLIQ COMMON FACILITIES LLC  **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $122,090 | $122,090 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.012561 | $122,090 | $122,090 | $15.34 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $122,090 | $122,090 | $86.93 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $122,090 | $122,090 | $319.42 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $122,090 | $122,090 | $328.17 | |
| NAV | PORT FREEPORT | 0.000000 | $122,090 | $122,090 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $122,090 | $122,090 | $51.18 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $122,090 | $122,090 | $1,160.83 | |

**Total Tax Rate:** 1.606900

**Estimated Taxes With Exemptions:** $1,961.87

**Estimated Taxes Without Exemptions:** $1,961.87

# Brazoria CAD Property Search

## 🔖 Property Details

**Account**

| | | | |
|---|---|---|---|
| **Property ID:** | 240768 | **Geographic ID:** | 7163-1851-110 |
| **Type:** | R | **Zoning:** | 3-31-10AMS/CJC |
| **Property Use:** | | | |

**Location**

| | |
|---|---|
| **Situs Address:** | BURNETT ST QUINTANA, |
| **Map ID:** | **Mapsco:** |
| **Legal Description:** | QUINTANA BLK 72 LOT 2-11 ACRES .2831 |
| **Abstract/Subdivision:** | S7163 |
| **Neighborhood:** | (QB) QUINTANA BEACH AREA 1989 AND OLDER |

**Owner**

| | |
|---|---|
| **Owner ID:** | 1109163 |
| **Name:** | FLIQ COMMON FACILITIES LLC |
| **Agent:** | CUMMINGS WESTLAKE LLC |
| **Mailing Address:** | % FREEPORT LNG DEVELOPMENT LLP<br>333 CLAY ST STE 5050<br>HOUSTON, TX 77002-4101 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $115,540 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $6,550 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $122,090 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| **HS Cap Loss:** ❓ | |
| **Circuit Breaker:** ❓ | |

**EXHIBIT 13**

| | | |
|---|---|---:|
| **Appraised Value:** | | $122,090 |
| **Ag Use Value:** | | $0 |

> Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** FLIQ COMMON FACILITIES LLC **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $122,090 | $122,090 | $0.00 | |
| CQU | TOWN OF QUINTANA | 0.012561 | $122,090 | $122,090 | $15.34 | |
| DR2 | VELASCO DRAINAGE DISTRICT | 0.071200 | $122,090 | $122,090 | $86.93 | |
| GBC | BRAZORIA COUNTY | 0.261625 | $122,090 | $122,090 | $319.42 | |
| JBR | BRAZOSPORT COLLEGE | 0.268793 | $122,090 | $122,090 | $328.17 | |
| NAV | PORT FREEPORT | 0.000000 | $122,090 | $122,090 | $0.00 | |
| RDB | ROAD & BRIDGE FUND | 0.041921 | $122,090 | $122,090 | $51.18 | |
| SBR | BRAZOSPORT INDEPENDENT SCHOOL DISTRICT | 0.950800 | $122,090 | $122,090 | $1,160.83 | |

**Total Tax Rate:** 1.606900

**Estimated Taxes With Exemptions:** $1,961.87

**Estimated Taxes Without Exemptions:** $1,961.87

**EXHIBIT 13**                                                                                     004

## 🔖 Property Improvement - Building

**Description:** RESIDENTIAL **Type:** Residential **Living Area:** 1406.0 sqft **Value:** $115,540

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| MA | MAIN AREA | 5 | 2013 | 950 |
| MA2.0 | MAIN AREA 2 STORY | 5 | 2013 | 456 |
| WD | WOOD DECK | 5 | 2013 | 150 |
| WD2 | WOOD DECK UPPER | 5 | 2013 | 72 |
| MP | CONCRETE PATIO | 5 | 2013 | 1125 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S1 | PRIMARY SITE | 0.28 | 12,331.84 | 0.00 | 0.00 | $6,550 | $0 |

**EXHIBIT 13**　　　　　　　　　　　　　　　　　**005**

## Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | HS Cap Loss | Appraised |
|---|---|---|---|---|---|
| 2025 | $115,540 | $6,550 | $0 | $0 | $122,090 |
| 2024 | $116,810 | $6,550 | $0 | $0 | $123,360 |
| 2023 | $116,850 | $6,550 | $0 | $0 | $123,400 |
| 2022 | $95,270 | $6,550 | $0 | $0 | $101,820 |
| 2021 | $90,170 | $6,550 | $0 | $0 | $96,720 |
| 2020 | $88,130 | $6,550 | $0 | $0 | $94,680 |
| 2019 | $88,130 | $6,550 | $0 | $0 | $94,680 |
| 2018 | $104,760 | $6,550 | $0 | $0 | $111,310 |
| 2017 | $104,760 | $6,550 | $0 | $0 | $111,310 |

## Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 12/19/2014 | WD | WARRANTY DEED | KALL CHRISTOPHER I | FLIQ COMMON FACILITIES LLC | 14 | 054790 | |
| 8/26/2011 | WD | WARRANTY DEED | KALL JAMES & CHRISTOPHER | KALL CHRISTOPHER I | 11 | 035599 | |
| 1/26/2000 | WD | WARRANTY DEED | REYNOLDS JEFFERY MARTIN | KALL JAMES & CHRISTOPHER | 00 | 003555 | 0 |

**EXHIBIT 13**    006

**EXHIBIT 13**                                                                 **007**