2-49
Prescribed by Secretary of State
Section 141.031, Chapters 143 and 144, Texas Election Code
09/2023

## APPLICATION FOR A PLACE ON THE BALLOT FOR A GENERAL ELECTION
## FOR A CITY, SCHOOL DISTRICT OR OTHER POLITICAL SUBDIVISION

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED AS OPTIONAL.[1] Failure to provide required information may result in rejection of application.

**APPLICATION FOR A PLACE ON THE** Town of Quintana **GENERAL ELECTION BALLOT**

TO: City Secretary/Secretary of Board    (name of election)

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

**OFFICE SOUGHT** (Include any place number or other distinguishing number, if any.): Mayor

**INDICATE TERM:** ☑ FULL    ☐ UNEXPIRED

**FULL NAME** (First, Middle, Last): Venanzio Anthony Cassata

**PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT*:** Mike Cassata

**PERMANENT RESIDENCE ADDRESS** (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe location of residence.): 703 Burnett St.

**PUBLIC MAILING ADDRESS** (Optional) (Address for which you receive campaign related correspondence, if available): 703 Burnett St.

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Quintana | TX | 77541 | Quintana | TX | 77541 |

**PUBLIC EMAIL ADDRESS** (Optional): mcassata@quintanatx.com

**OCCUPATION** (Do not leave blank): C/S Design Coordinato

**DATE OF BIRTH:** [redacted]

**VOTER REGISTRATION VUID NUMBER[2]** (Optional): [redacted]

**TELEPHONE CONTACT INFORMATION** (Optional)
Home:    Office:    Cell: (281) 636-2121

**FELONY CONVICTION STATUS** (You MUST check one)
☑ I have not been finally convicted of a felony.
☐ I have been finally convicted of a felony, but I have been pardoned or otherwise released from the resulting disabilities of that felony conviction and I have provided proof of this fact with the submission of this application.[3]

**LENGTH OF CONTINUOUS RESIDENCE AS OF DATE THIS APPLICATION WAS SWORN**

IN THE STATE OF TEXAS: 63 year(s)   3 month(s)

IN TERRITORY/DISTRICT/PRECINCT FROM WHICH THE OFFICE SOUGHT IS ELECTED: 8 year(s)   1 month(s)

*If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan or contain a title, nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election. Please review sections 52.031, 52.032 and 52.033 of the Texas Election Code regarding the rules for how names may be listed on the official ballot.

Before me, the undersigned authority, on this day personally appeared (name of candidate) Mike Cassata, who being by me here and now duly sworn, upon oath says:

"I, (name of candidate) Mike Cassata, of Brazoria County, Texas, being a candidate for the office of Town of Quintana, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code. I am aware that I must disclose any prior felony conviction, and if so convicted, must provide proof that I have been pardoned or otherwise released from the resulting disabilities of any such final felony conviction. I am aware that knowingly providing false information on the application regarding my possible felony conviction status constitutes a Class B misdemeanor. I further swear that the foregoing statements included in my application are in all things true and correct."

X _Venanzio Cassata_ **SIGNATURE OF CANDIDATE**

Sworn to and subscribed before me this the 11th day of February, 2025, by Venanzio Cassata (name of candidate)

Signature of Officer Authorized to Administer Oath[4]: _Nicole Sams_  02-11-2025

Printed: Nicole Sams
My Commission Expires 5/5/2026
Notary ID 129246917

Title of Officer Authorized to Administer Oath:

**TO BE COMPLETED BY FILING OFFICER:** THIS APPLICATION IS ACCOMPANIED BY THE [REQUIRED] FILING FEE (if applicable) PAID BY:
☐ CASH  ☐ CHECK  ☐ MONEY ORDER  ☐ CASHIERS CHECK  OR  ☐ PETITION IN LIEU OF A FILING FEE.

This document and $_____ filing fee or a nominating petition of _____ pages received.    ☐ Voter Registration Status Verified

02/11/2025    02/11/2025    (See Section 1.007)
Date Received    Date Accepted

Signature of Filing Officer or Designee

**EXHIBIT 14**

Print    001

# APPOINTMENT OF A CAMPAIGN TREASURER BY A CANDIDATE

**FORM CTA PG 1**

See CTA Instruction Guide for detailed instructions.

**1 Total pages filed:**

**OFFICE USE ONLY**

| | |
|---|---|
| Filer ID # | |
| Date Received | |
| Date Hand-delivered or Postmarked | |
| Receipt # | Amount $ |
| Date Processed | |
| Date Imaged | |

**2 CANDIDATE NAME**
- MS / MRS / MR: Mr.
- FIRST: Venanzio
- MI: Anthony
- NICKNAME: Mike
- LAST: Cassata
- SUFFIX:

**3 CANDIDATE MAILING ADDRESS**
703 Burnett St. Quintana Tx. 77541

**4 CANDIDATE PHONE**
( 281 ) 636-2121

**5 OFFICE HELD (if any)**
Council Position 1

**6 OFFICE SOUGHT (if known)**
Mayor

**7 CAMPAIGN TREASURER NAME**
Same as #2

**8 CAMPAIGN TREASURER STREET ADDRESS (residence or business)**
Same as #2

**9 CAMPAIGN TREASURER PHONE**
( ) Same as #4

**10 CANDIDATE SIGNATURE**

I am aware of the Nepotism Law, Chapter 573 of the Texas Government Code.

I am aware of my responsibility to file timely reports as required by title 15 of the Election Code.

I am aware of the restrictions in title 15 of the Election Code on contributions from corporations and labor organizations.

*Venanzio Cassata*
Signature of Candidate

2/11/2025
Date Signed

**GO TO PAGE 2**

Forms provided by Texas Ethics Commission   EXHIBIT 14   Re 002 1/1/2024

# CANDIDATE MODIFIED REPORTING DECLARATION

**FORM CTA PG 2**

| 11 CANDIDATE NAME | Mike Cassata |
|---|---|

**12 MODIFIED REPORTING DECLARATION**

## COMPLETE THIS SECTION ONLY IF YOU ARE CHOOSING MODIFIED REPORTING

•• This declaration must be filed no later than the 30th day before the first election to which the declaration applies. ••

•• The modified reporting option is valid for one election cycle only. ••
(An election cycle includes a primary election, a general election, and any related runoffs.)

• Candidates for the office of state chair of a political party may NOT choose modified reporting. ••

I do not intend to accept more than $1,080 in political contributions or make more than $1,080 in political expenditures (excluding filing fees) in connection with any future election within the election cycle. I understand that if either one of those limits is exceeded, I will be required to file pre-election reports and, if necessary, a runoff report.

2025
Year of election(s) or election cycle to which declaration applies

*Venanzio Cassata*
Signature of Candidate

---

This appointment is effective on the date it is filed with the appropriate filing authority.

TEC Filers may send this form to the TEC electronically at treasappoint@ethics.state.tx.us
or mail to
Texas Ethics Commission
P.O. Box 12070
Austin, TX 78711-2070

Non-TEC Filers must file this form with the local filing authority
DO NOT SEND TO TEC

For more information about where to file go to:
https://www.ethics.state.tx.us/filinginfo/QuickFileAReport.php

# CANDIDATE / OFFICEHOLDER CAMPAIGN FINANCE REPORT

**FORM C/OH COVER SHEET PG 1**

The C/OH Instruction Guide explains how to complete this form.

**1** Filer ID (Ethics Commission Filers)

**2** Total pages filed:

**3 CANDIDATE / OFFICEHOLDER NAME**
- MS / MRS / MR: Mr
- FIRST: Venanzio
- MI: Anthony
- NICKNAME: Mike
- LAST: Cassata
- SUFFIX:

**OFFICE USE ONLY**
- Date Received

**4 CANDIDATE / OFFICEHOLDER MAILING ADDRESS**
- ADDRESS / PO BOX; APT / SUITE #; CITY; STATE; ZIP CODE
- 703 Burnett St. Quintana TX, 77541
- [ ] Change of Address

**5 CANDIDATE/OFFICEHOLDER PHONE**
- AREA CODE / PHONE NUMBER / EXTENSION
- ( ) (281) 636-2121

Date Hand-delivered or Date Postmarked

Receipt #    Amount $

**6 CAMPAIGN TREASURER NAME**
- MS / MRS / MR: N/A
- FIRST:
- MI:
- NICKNAME:
- LAST:
- SUFFIX:

Date Processed

Date Imaged

**7 CAMPAIGN TREASURER ADDRESS** (Residence or Business)
- STREET ADDRESS (NO PO BOX PLEASE); APT / SUITE #; CITY; STATE; ZIP CODE
- N/A

**8 CAMPAIGN TREASURER PHONE**
- AREA CODE / PHONE NUMBER / EXTENSION
- ( ) N/A

**9 REPORT TYPE**
- [ ] January 15
- [ ] 30th day before election
- [ ] Runoff
- [ ] 15th day after campaign treasurer appointment (Officeholder Only)
- [ ] July 15
- [ ] 8th day before election
- [ ] Exceeded Modified Reporting Limit
- [ ] Final Report (Attach C/OH - FR)

**10 PERIOD COVERED**
- Month / Day / Year THROUGH Month / Day / Year

**11 ELECTION**
- ELECTION DATE: Month 05 / Day 03 / Year 2025
- [ ] Primary
- [ ] Runoff
- [ ] Other Description
- [x] General
- [ ] Special

**12 OFFICE** — OFFICE HELD (if any): Council Position 1

**13** OFFICE SOUGHT (if known): Mayor

**14 NOTICE FROM POLITICAL COMMITTEE(S)**

THIS BOX IS FOR NOTICE OF POLITICAL CONTRIBUTIONS ACCEPTED OR POLITICAL EXPENDITURES MADE BY POLITICAL COMMITTEES TO SUPPORT THE CANDIDATE / OFFICEHOLDER. THESE EXPENDITURES MAY HAVE BEEN MADE WITHOUT THE CANDIDATE'S OR OFFICEHOLDER'S KNOWLEDGE OR CONSENT. CANDIDATES AND OFFICEHOLDERS ARE REQUIRED TO REPORT THIS INFORMATION ONLY IF THEY RECEIVE NOTICE OF SUCH EXPENDITURES.

- COMMITTEE TYPE
- COMMITTEE NAME
- [ ] GENERAL — COMMITTEE ADDRESS
- [ ] Additional Pages
- [ ] SPECIFIC — COMMITTEE CAMPAIGN TREASURER NAME
- COMMITTEE CAMPAIGN TREASURER ADDRESS

**GO TO PAGE 2**

# CANDIDATE / OFFICEHOLDER CAMPAIGN FINANCE REPORT

**FORM C/OH COVER SHEET PG 2**

| 15 C/OH NAME | Mike cassata | | 16 Filer ID (Ethics Commission Filers) | |
|---|---|---|---|---|
| 17 CONTRIBUTION TOTALS | 1. | TOTAL UNITEMIZED POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS, OR CONTRIBUTIONS MADE ELECTRONICALLY) | $ | 0 |
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 0 |
| EXPENDITURE TOTALS | 3. | TOTAL UNITEMIZED POLITICAL EXPENDITURE. | $ | 0 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ | 0 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF REPORTING PERIOD | $ | 0 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0 |

**18 SIGNATURE** I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

*Venanzio Cassata*
Signature of Candidate or Officeholder

## Please complete either option below:

### (1) Affidavit

NOTARY STAMP / SEAL

Sworn to and subscribed before me by _____ this the _____ day of _____, 20 _____, to certify which, witness my hand and seal of office.

_____   _____   _____
Signature of officer administering oath   Printed name of officer administering oath   Title of officer administering oath

**OR**

### (2) Unsworn Declaration

My name is __Venanzio Cassata_____, and my date of birth is _____

My address is __703 Burnett St. Quintana TX 77541_____ USA
(street) (city) (state) (zip code) (country)

Executed in __Brazoria__ County, State of __TX__, on the __2nd__ day of __February__, 20 __25__
(month) (year)

*Venanzio Cassata*
Signature of Candidate/Officeholder (Declarant)

# CANDIDATE / OFFICEHOLDER REPORT: DESIGNATION OF FINAL REPORT

**FORM C/OH - FR**

The Instruction Guide explains how to complete this form.

** Complete only if "Report Type" on page 1 is marked "Final Report" **

**1 C/OH NAME**

Mike Cassata

**2 Filer ID (Ethics Commission Filers)**

**3 SIGNATURE**

I do not expect any further political contributions or political expenditures in connection with my candidacy. I understand that designating a report as a final report terminates my campaign treasurer appointment. I also understand that I may not accept any campaign contributions or make any campaign expenditures without a campaign treasurer appointment on file.

*Venanzio Cassata*
Signature of Candidate / Officeholder

**4 FILER WHO IS NOT AN OFFICEHOLDER**
** Complete A & B below *only* if you are not an officeholder. **

**A.  CAMPAIGN FUNDS**

Check only one:

[X] I do not have unexpended contributions or unexpended interest or income earned from political contributions.

[ ] I have unexpended contributions or unexpended interest or income earned from political contributions. I understand that I may not convert unexpended political contributions or unexpended interest or income earned on political contributions to personal use. I also understand that I must file an annual report of unexpended contributions and that I may not retain unexpended contributions or unexpended interest or income earned on political contributions longer than six years after filing this final report. Further, I understand that I must dispose of unexpended political contributions and unexpended interest or income earned on political contributions in accordance with the requirements of Election Code, § 254.204.

**B.  ASSETS**

Check only one:

[X] I do not retain assets purchased with political contributions or interest or other income from political contributions.

[ ] I do retain assets purchased with political contributions or interest or other income from political contributions. I understand that I may not convert assets purchased with political contributions or interest or other income from political contributions to personal use. I also understand that I must dispose of assets purchased with political contributions in accordance with the requirements of Election Code, § 254.204.

*Venanzio Cassata*
Signature of Candidate

**5 OFFICEHOLDER**
** Complete this section *only* if you are an officeholder **

[X] I am aware that I remain subject to filing requirements applicable to an officeholder who does not have a campaign treasurer on file. I am also aware that I will be required to file reports of unexpended contributions if, after filing the last required report as an officeholder, I retain political contributions, interest or other income from political contributions, or assets purchased with political contributions or interest or other income from political contributions.

*Venanzio Cassata*
Signature of Officeholder

Forms provided by Texas Ethics Commission    EXHIBIT 14    Rev 006/1/2024

# CODE OF FAIR CAMPAIGN PRACTICES

**FORM CFCP COVER SHEET**

Pursuant to chapter 258 of the Election Code, every candidate and political committee is encouraged to subscribe to the Code of Fair Campaign Practices. The Code may be filed with the proper filing authority upon submission of a campaign treasurer appointment form. Candidates or political committees that already have a current campaign treasurer appointment on file as of September 1, 1997, may subscribe to the code at any time.

*Subscription to the Code of Fair Campaign Practices is voluntary.*

**OFFICE USE ONLY**

Date Received

Date Hand-delivered or Postmarked

Date Processed

Date Imaged

**1 ACCOUNT NUMBER** (Ethics Commission Filers)

**2 TYPE OF FILER**

CANDIDATE [x]

POLITICAL COMMITTEE [ ]

*If filing as a candidate, complete boxes 3 - 6, then read and sign page 2.*

*If filing for a political committee, complete boxes 7 and 8, then read and sign page 2.*

**3 NAME OF CANDIDATE** (PLEASE TYPE OR PRINT)

TITLE (Dr., Mr., Ms., etc.): MR.   FIRST: VENANZIO   MI:

NICKNAME: MIKE   LAST: CASSATA   SUFFIX (SR., JR., III, etc.):

**4 TELEPHONE NUMBER OF CANDIDATE** (PLEASE TYPE OR PRINT)

AREA CODE: (281)   PHONE NUMBER: 439-2121   EXTENSION:

**5 ADDRESS OF CANDIDATE** (PLEASE TYPE OR PRINT)

STREET / PO BOX: 703 BURNETT ST.   APT / SUITE #:   CITY: QUINTANA   STATE: TX   ZIP CODE: 77541

**6 OFFICE SOUGHT BY CANDIDATE** (PLEASE TYPE OR PRINT)

MAYOR

**7 NAME OF COMMITTEE** (PLEASE TYPE OR PRINT)

**8 NAME OF CAMPAIGN TREASURER** (PLEASE TYPE OR PRINT)

TITLE (Dr., Mr., Ms., etc.):   FIRST: Self   MI:

NICKNAME:   LAST:   SUFFIX (SR., JR., III, etc.):

**GO TO PAGE 2**

# CODE OF FAIR CAMPAIGN PRACTICES

There are basic principles of decency, honesty, and fair play that every candidate and political committee in this state has a moral obligation to observe and uphold, in order that, after vigorously contested but fairly conducted campaigns, our citizens may exercise their constitutional rights to a free and untrammeled choice and the will of the people may be fully and clearly expressed on the issues.

THEREFORE:

(1) I will conduct the campaign openly and publicly and limit attacks on my opponent to legitimate challenges to my opponent's record and stated positions on issues.

(2) I will not use or permit the use of character defamation, whispering campaigns, libel, slander, or scurrilous attacks on any candidate or the candidate's personal or family life.

(3) I will not use or permit any appeal to negative prejudice based on race, sex, religion, or national origin.

(4) I will not use campaign material of any sort that misrepresents, distorts, or otherwise falsifies the facts, nor will I use malicious or unfounded accusations that aim at creating or exploiting doubts, without justification, as to the personal integrity or patriotism of my opponent.

(5) I will not undertake or condone any dishonest or unethical practice that tends to corrupt or undermine our system of free elections or that hampers or prevents the full and free expression of the will of the voters, including any activity aimed at intimidating voters or discouraging them from voting.

(6) I will defend and uphold the right of every qualified voter to full and equal participation in the electoral process, and will not engage in any activity aimed at intimidating voters or discouraging them from voting.

(7) I will immediately and publicly repudiate methods and tactics that may come from others that I have pledged not to use or condone. I shall take firm action against any subordinate who violates any provision of this code or the laws governing elections.

I, the undersigned, candidate for election to public office in the State of Texas or campaign treasurer of a political committee, hereby voluntarily endorse, subscribe to, and solemnly pledge myself to conduct the campaign in accordance with the above principles and practices.

_Venanzio Cassata_
Signature

2/11/2025
Date

# SUBTOTALS – C/OH

**FORM C/OH**
**COVER SHEET PG 3**

| 19 FILER NAME | 20 Filer ID (Ethics Commission Filers) |
|---|---|

| 21 SCHEDULE SUBTOTALS — NAME OF SCHEDULE | SUBTOTAL AMOUNT |
|---|---|
| 1. ☐ SCHEDULE A1: MONETARY POLITICAL CONTRIBUTIONS | $ 0 |
| 2. ☐ SCHEDULE A2: NON-MONETARY (IN-KIND) POLITICAL CONTRIBUTIONS | $ 0 |
| 3. ☐ SCHEDULE B: PLEDGED CONTRIBUTIONS | $ 0 |
| 4. ☐ SCHEDULE E: LOANS | $ 0 |
| 5. ☐ SCHEDULE F1: POLITICAL EXPENDITURES MADE FROM POLITICAL CONTRIBUTIONS | $ 0 |
| 6. ☐ SCHEDULE F2: UNPAID INCURRED OBLIGATIONS | $ 0 |
| 7. ☐ SCHEDULE F3: PURCHASE OF INVESTMENTS MADE FROM POLITICAL CONTRIBUTIONS | $ 0 |
| 8. ☐ SCHEDULE F4: EXPENDITURES MADE BY CREDIT CARD | $ 0 |
| 9. ☐ SCHEDULE G: POLITICAL EXPENDITURES MADE FROM PERSONAL FUNDS | $ 0 |
| 10. ☐ SCHEDULE H: PAYMENT MADE FROM POLITICAL CONTRIBUTIONS TO A BUSINESS OF C/OH | $ 0 |
| 11. ☐ SCHEDULE I: NON-POLITICAL EXPENDITURES MADE FROM POLITICAL CONTRIBUTIONS | $ 0 |
| 12. ☐ SCHEDULE K: INTEREST, CREDITS, GAINS, REFUNDS, AND CONTRIBUTIONS RETURNED TO FILER | $ 0 |