2-49
Prescribed by Secretary of State
Section 141.031, Chapters 143 and 144, Texas Election Code
09/2023

## APPLICATION FOR A PLACE ON THE BALLOT FOR A GENERAL ELECTION
## FOR A CITY, SCHOOL DISTRICT OR OTHER POLITICAL SUBDIVISION

ALL INFORMATION IS REQUIRED TO BE PROVIDED UNLESS INDICATED AS OPTIONAL¹ Failure to provide required information may result in rejection of application.

**APPLICATION FOR A PLACE ON THE** Town of Quintana **GENERAL ELECTION BALLOT**

TO: City Secretary/Secretary of Board     (name of election)

I request that my name be placed on the above-named official ballot as a candidate for the office indicated below.

**OFFICE SOUGHT** (Include any place number or other distinguishing number, if any.)
City Counsil Position # 1

**INDICATE TERM**  ☒ FULL  ☐ UNEXPIRED

**FULL NAME** (First, Middle, Last)
Sue Ann Tuley

**PRINT NAME AS YOU WANT IT TO APPEAR ON THE BALLOT***
Sue Tuley

**PERMANENT RESIDENCE ADDRESS** (Do not include a P.O. Box or Rural Route. If you do not have a residence address, describe location of residence.)
914 Gulf St.

**PUBLIC MAILING ADDRESS** (Optional) (Address for which you receive campaign related correspondence, if available.)
914 Gulf St

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Quintana | TX | 77541 | Quintana | TX | 77541 |

**PUBLIC EMAIL ADDRESS** (Optional): TuleySusie@Gmail.com
**OCCUPATION** (Do not leave blank): Retired
**DATE OF BIRTH**
**VOTER REGISTRATION VUID NUMBER²** (Optional)

**TELEPHONE CONTACT INFORMATION** (Optional)
Home:     Office:     Cell: 682-804-3816

**FELONY CONVICTION STATUS** (You MUST check one)
☒ I have not been finally convicted of a felony.
☐ I have been finally convicted of a felony, but I have been pardoned or otherwise released from the resulting disabilities of that felony conviction and I have provided proof of this fact with the submission of this application.³

**LENGTH OF CONTINUOUS RESIDENCE AS OF DATE THIS APPLICATION WAS SWORN**
IN THE STATE OF TEXAS: 67 year(s) 1 month(s)
IN TERRITORY/DISTRICT/PRECINCT FROM WHICH THE OFFICE SOUGHT IS ELECTED: 1 year(s) 6 month(s)

*If using a nickname as part of your name to appear on the ballot, you are also signing and swearing to the following statements: I further swear that my nickname does not constitute a slogan or contain a title, nor does it indicate a political, economic, social, or religious view or affiliation. I have been commonly known by this nickname for at least three years prior to this election. Please review sections 52.031, 52.032 and 52.033 of the Texas Election Code regarding the rules for how names may be listed on the official ballot.

Before me, the undersigned authority, on this day personally appeared (name of candidate) Sue Tuley who being by me here and now duly sworn, upon oath says:

"I, (name of candidate) Sue Tuley of Brazoria County, Texas, being a candidate for the office of Quintana, swear that I will support and defend the Constitution and laws of the United States and of the State of Texas. I am a citizen of the United States eligible to hold such office under the constitution and laws of this state. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I am aware of the nepotism law, Chapter 573, Government Code. I am aware that I must disclose any prior felony conviction, and if so convicted, must provide proof that I have been pardoned or otherwise released from the resulting disabilities of any such final felony conviction. I am aware that knowingly providing false information on the application regarding my possible felony conviction status constitutes a Class B misdemeanor. I further swear that the foregoing statements included in my application are in all things true and correct."

X _Sue Tuley_
**SIGNATURE OF CANDIDATE**

Sworn to and subscribed before me this the 12 day of Feb (day) (month) 2025 (year) by Sue Ann Tuley (name of candidate)

_meliRo_
Signature of Officer Authorized to Administer Oath⁴

Melinda Rodriguez
Printed Name of Officer Authorized to Administer Oath

Title of Officer Authorized to Administer Oath

MELINDA RODRIGUEZ
Notary ID #128831761
My Commission expires September 16, 2025

**TO BE COMPLETED BY FILING OFFICER: THIS APPLICATION IS ACCOMPANIED BY THE REQUIRED FILING FEE (If Applicable) PAID BY:**
☐ CASH ☐ CHECK ☐ MONEY ORDER ☐ CASHIERS CHECK OR ☐ PETITION IN LIEU OF A FILING FEE.

This document and $_____ filing fee or a nominating petition of _____ pages received. ☐ Voter Registration Status Verified

02/14/2025  02/14/2025 (See Section 1.007)
Date Received  Date Accepted  **EXHIBIT 16** Signature of Filing Officer or Designee  **001**

# CANDIDATE / OFFICEHOLDER
# CAMPAIGN FINANCE REPORT

**FORM C/OH**
**COVER SHEET PG 1**

The C/OH Instruction Guide explains how to complete this form.

**1** Filer ID (Ethics Commission Filers)

**2** Total pages filed:

**3 CANDIDATE / OFFICEHOLDER NAME**

(MS) / MRS / MR    FIRST: SUE    MI: ANN

NICKNAME: Susie    LAST: Tuley    SUFFIX:

**OFFICE USE ONLY**

Date Received

**4 CANDIDATE / OFFICEHOLDER MAILING ADDRESS**

ADDRESS / PO BOX, APT / SUITE #, CITY, STATE, ZIP CODE:
914 Gulf St, Quintana TX 77514

☐ Change of Address

**5 CANDIDATE / OFFICEHOLDER PHONE**

AREA CODE: (482)    PHONE NUMBER: 804-3816    EXTENSION:

Date Hand-delivered or Date Postmarked

**6 CAMPAIGN TREASURER NAME**

MS / MRS / MR    FIRST: Self    MI:

NICKNAME:    LAST:    SUFFIX:

Receipt #    Amount $

Date Processed

Date Imaged

**7 CAMPAIGN TREASURER ADDRESS**
(Residence or Business)

STREET ADDRESS (NO PO BOX PLEASE), APT / SUITE #,    CITY:    STATE,    ZIP CODE

**8 CAMPAIGN TREASURER PHONE**

AREA CODE: (    )    PHONE NUMBER:    EXTENSION:

**9 REPORT TYPE**

☐ January 15    ☐ 30th day before election    ☐ Runoff    ☐ 15th day after campaign treasurer appointment (Officeholder Only)

☐ July 15    ☐ 8th day before election    ☐ Exceeded Modified Reporting Limit    ☐ Final Report (Attach C/OH - FR)

**10 PERIOD COVERED**

Month / Day / Year    THROUGH    Month / Day / Year

**11 ELECTION**

ELECTION DATE
Month / Day / Year: 05/03/2025

ELECTION TYPE
☐ Primary    ☐ Runoff    ☐ Other Description
☑ General    ☐ Special

**12 OFFICE**

OFFICE HELD (if any)

**13** OFFICE SOUGHT (if known): Council # 1

**14 NOTICE FROM POLITICAL COMMITTEE(S)**

THIS BOX IS FOR NOTICE OF POLITICAL CONTRIBUTIONS ACCEPTED OR POLITICAL EXPENDITURES MADE BY POLITICAL COMMITTEES TO SUPPORT THE CANDIDATE / OFFICEHOLDER. *THESE EXPENDITURES MAY HAVE BEEN MADE WITHOUT THE CANDIDATE'S OR OFFICEHOLDER'S KNOWLEDGE OR CONSENT.* CANDIDATES AND OFFICEHOLDERS ARE REQUIRED TO REPORT THIS INFORMATION ONLY IF THEY RECEIVE NOTICE OF SUCH EXPENDITURES.

COMMITTEE TYPE    COMMITTEE NAME

☐ GENERAL    COMMITTEE ADDRESS

☐ Additional Pages

☐ SPECIFIC    COMMITTEE CAMPAIGN TREASURER NAME

COMMITTEE CAMPAIGN TREASURER ADDRESS

**GO TO PAGE 2**

# CANDIDATE / OFFICEHOLDER
# CAMPAIGN FINANCE REPORT

**FORM C/OH
COVER SHEET PG 2**

| 15 C/OH NAME | Sue Ann Tuley | 16 Filer ID (Ethics Commission Filers) |
|---|---|---|

| 17 CONTRIBUTION TOTALS | 1. | TOTAL UNITEMIZED POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS, OR CONTRIBUTIONS MADE ELECTRONICALLY) | $ 0 |
|---|---|---|---|
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ 0 |
| EXPENDITURE TOTALS | 3. | TOTAL UNITEMIZED POLITICAL EXPENDITURE. | $ 0 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ 0 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF REPORTING PERIOD | $ 0 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ 0 |

**18 SIGNATURE**    I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

*Sue Tuley*

Signature of Candidate or Officeholder

## Please complete either option below:

**(1) Affidavit**

MELINDA RODRIGUEZ
Notary ID #128831763
My Commission Expires
September 16, 2025

NOTARY STAMP / SEAL

Sworn to and subscribed before me by _Sue Ann Tuley_ this the _12_ day of _Feb_

20 _25_ , to certify which, witness my hand and seal of office.

| _meli B_ | Melinda Rodriguez | Loan Officer |
|---|---|---|
| Signature of officer administering oath | Printed name of officer administering oath | Title of officer administering oath |

**OR**

## (2) Unsworn Declaration

My name is _____, and my date of birth is _____

My address is _____

| (street) | (city) | (state) | (zip code) | (country) |
|---|---|---|---|---|

Executed in _____ County, State of _____, on the _____ day of _____, 20_____

(month)    (year)

_____
Signature of Candidate/Officeholder (Declarant)

# CODE OF FAIR CAMPAIGN PRACTICES

There are basic principles of decency, honesty, and fair play that every candidate and political committee in this state has a moral obligation to observe and uphold, in order that, after vigorously contested but fairly conducted campaigns, our citizens may exercise their constitutional rights to a free and untrammeled choice and the will of the people may be fully and clearly expressed on the issues.

THEREFORE:

(1)  I will conduct the campaign openly and publicly and limit attacks on my opponent to legitimate challenges to my opponent's record and stated positions on issues.

(2)  I will not use or permit the use of character defamation, whispering campaigns, libel, slander, or scurrilous attacks on any candidate or the candidate's personal or family life.

(3)  I will not use or permit any appeal to negative prejudice based on race, sex, religion, or national origin.

(4)  I will not use campaign material of any sort that misrepresents, distorts, or otherwise falsifies the facts, nor will I use malicious or unfounded accusations that aim at creating or exploiting doubts, without justification, as to the personal integrity or patriotism of my opponent.

(5)  I will not undertake or condone any dishonest or unethical practice that tends to corrupt or undermine our system of free elections or that hampers or prevents the full and free expression of the will of the voters, including any activity aimed at intimidating voters or discouraging them from voting.

(6)  I will defend and uphold the right of every qualified voter to full and equal participation in the electoral process, and will not engage in any activity aimed at intimidating voters or discouraging them from voting.

(7)  I will immediately and publicly repudiate methods and tactics that may come from others that I have pledged not to use or condone. I shall take firm action against any subordinate who violates any provision of this code or the laws governing elections.

I, the undersigned, candidate for election to public office in the State of Texas or campaign treasurer of a political committee, hereby voluntarily endorse, subscribe to, and solemnly pledge myself to conduct the campaign in accordance with the above principles and practices.

_____
Signature

2-11-25
_____
Date

# APPOINTMENT OF A CAMPAIGN TREASURER BY A CANDIDATE

**FORM CTA**
**PG 1**

See CTA Instruction Guide for detailed instructions.

**1** Total pages filed:

| | | |
|---|---|---|
| **2** CANDIDATE NAME | MS / MRS / MR    FIRST    MI<br><br>*Sue*    *A.*<br><br>NICKNAME    LAST    SUFFIX<br><br>*TULEY* | **OFFICE USE ONLY**<br><br>Filer ID #<br><br>Date Received |
| **3** CANDIDATE MAILING ADDRESS | ADDRESS / PO BOX;    APT / SUITE #;    CITY;    STATE;    ZIP CODE<br><br>*914 Gulf St. Quintana TX*<br>*77541* | Date Hand-delivered or Postmarked |
| **4** CANDIDATE PHONE | AREA CODE    PHONE NUMBER    EXTENSION<br><br>*(682) 804 3816* | Receipt #    Amount $<br><br>Date Processed |
| **5** OFFICE HELD (if any) | | Date Imaged |
| **6** OFFICE SOUGHT (if known) | *council position 1* | |
| **7** CAMPAIGN TREASURER NAME | MS/MRS/MR    FIRST    MI    NICKNAME    LAST    SUFFIX<br><br>*Self* | |
| **8** CAMPAIGN TREASURER STREET ADDRESS (residence or business) | STREET ADDRESS;    APT / SUITE #;    CITY;    STATE:    ZIP CODE | |
| **9** CAMPAIGN TREASURER PHONE | AREA CODE    PHONE NUMBER    EXTENSION<br><br>(    ) | |
| **10** CANDIDATE SIGNATURE | I am aware of the Nepotism Law, Chapter 573 of the Texas Government Code.<br><br>I am aware of my responsibility to file timely reports as required by title 15 of the Election Code.<br><br>I am aware of the restrictions in title 15 of the Election Code on contributions from corporations and labor organizations.<br><br>*Sue Tuley*<br>Signature of Candidate    *2-12-2025*<br>Date Signed | |

**GO TO PAGE 2**

**EXHIBIT 16**

005

| CANDIDATE MODIFIED<br>REPORTING DECLARATION | FORM CTA<br>PG 2 |
| --- | --- |

| 11 CANDIDATE NAME | *Sue Ann Tuccy* |
| --- | --- |

**12 MODIFIED REPORTING DECLARATION**

## COMPLETE THIS SECTION ONLY IF YOU ARE CHOOSING MODIFIED REPORTING

•• This declaration must be filed no later than the 30th day before the first election to which the declaration applies. ••

•• The modified reporting option is valid for one election cycle only. ••
(An election cycle includes a primary election, a general election, and any related runoffs.)

• Candidates for the office of state chair of a political party may NOT choose modified reporting. ••

I do not intend to accept more than $1,080 in political contributions or make more than $1,080 in political expenditures (excluding filing fees) in connection with any future election within the election cycle. I understand that if either one of those limits is exceeded, I will be required to file pre-election reports and, if necessary, a runoff report.

2025

Year of election(s) or election cycle to which declaration applies

*Sue Tuley*

Signature of Candidate

This appointment is effective on the date it is filed with the appropriate filing authority.

TEC Filers may send this form to the TEC electronically at treasappoint@ethics.state.tx.us
or mail to
Texas Ethics Commission
P.O. Box 12070
Austin, TX 78711-2070

Non-TEC Filers must file this form with the local filing authority
DO NOT SEND TO TEC

For more information about where to file go to:
https://www.ethics.state.tx.us/filinginfo/QuickFileAReport.php

# CODE OF FAIR CAMPAIGN PRACTICES

**FORM CFCP**
**COVER SHEET**

Pursuant to chapter 258 of the Election Code, every candidate and political committee is encouraged to subscribe to the Code of Fair Campaign Practices. The Code may be filed with the proper filing authority upon submission of a campaign treasurer appointment form. Candidates or political committees that already have a current campaign treasurer appointment on file as of September 1, 1997, may subscribe to the code at any time.

*Subscription to the Code of Fair Campaign Practices is voluntary.*

| OFFICE USE ONLY |
| --- |
| Date Received |
| Date Hand-delivered or Postmarked |
| Date Processed |
| Date Imaged |

**1 ACCOUNT NUMBER**
(Ethics Commission Filers)

**2 TYPE OF FILER**

CANDIDATE [x]     POLITICAL COMMITTEE [ ]

*If filing as a candidate, complete boxes 3 - 6, then read and sign page 2.*     *If filing for a political committee, complete boxes 7 and 8, then read and sign page 2.*

**3 NAME OF CANDIDATE**
(PLEASE TYPE OR PRINT)

TITLE (Dr., Mr., Ms., etc.)     FIRST  *Sue*     MI  *A*

NICKNAME     LAST  *TuLEY*     SUFFIX (SR., JR., III, etc.)

**4 TELEPHONE NUMBER OF CANDIDATE**
(PLEASE TYPE OR PRINT)

AREA CODE  *(682)*     PHONE NUMBER  *804 3816*     EXTENSION

**5 ADDRESS OF CANDIDATE**
(PLEASE TYPE OR PRINT)

STREET / PO BOX:  *914 Gulf St.*     APT / SUITE #:     CITY:  *Quintana*     STATE:  *TX*     ZIP CODE  *77541*

**6 OFFICE SOUGHT BY CANDIDATE**
(PLEASE TYPE OR PRINT)

*Council Pos. #1*

**7 NAME OF COMMITTEE**
(PLEASE TYPE OR PRINT)

**8 NAME OF CAMPAIGN TREASURER**
(PLEASE TYPE OR PRINT)

TITLE (Dr., Mr., Ms., etc.)     FIRST  *Self*     MI

NICKNAME     LAST     SUFFIX (SR., JR., III, etc.)

## GO TO PAGE 2