7/11/25, 2:39 PM                                           PublicData.Com[ Texas Driver Detail ]

Texas Driver Detail

| | |
|---|---|
| License number ▇▇▇▇▇▇▇ | First Name  CLAUDIA |
| Middle Name  MARIA | Last Name  CASSATA |
| Date of Birth  ▇▇▇▇▇▇▇ | License type  DL |
| Address  703 BURNET ST | City  FREEPORT |
| State  TX | ZIP Code  77541 |
| ZIP Code Plus 4  8103 | Issue Date  Aug 28 2000 |

Above information as provided by state - Our annotations are below

City/State/ZIP Code (click to find others)

Address (click to find others)  703 Burnet St  Freeport, TX 77541-8103

1 'Look-up' has been deducted from your account 006377126-UID total on July 11, 2025 at 14:39:04.

About | Policies and Positions | FAQs | Terms and Conditions | Contact

All information contained herein © Copyright 1997-2025 PublicData.com | Questions? Comments? Feedback? E-mail us at: support@publicdata.com
Use of information contained herein must be done in accordance with the agreed upon terms and conditions.
Viewing this page constitutes an agreement to mediate any disputes with PublicData.com in Dallas County Texas USA.
Please be aware that many US lawmakers have made certain access to Public Records illegal and it is your responsibility to be aware of which Public Records you may view legally.
PublicData.com is not a consumer reporting agency and data provided by PublicData.com does not constitute a "consumer report" as that term is defined in the Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq.
sss