| Property ID | Year | Property Type | Geo ID | Neighborhood Code | Address | Legal Description | Owner ID | Owner Name | Percent Ownership | Appraised Value | Street Number | Street Name | Doing Business As | Abstract | Subdivision | Mobile Home Park |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169644 | 2025 | R | 0335-0016 | S2280 | S LAKE DR, QUINTANA | A0335 J G N | 1179501 | FLIQ COMI | 0 | $500.00 | 0 | LAKE | | A0335 - J G MCNEEL | | |
| 240798 | 2025 | R | 7163-2011 | QB | 803 BURNETT ST, QUINTANA TX 77541 | QUINTANA | 1179501 | FLIQ COMI | 0 | $7,710.00 | 803 | BURNETT | | | S7163 - QUINTANA | |
| 240792 | 2025 | R | 7163-1974 | QB | MARMION ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $100.00 | 0 | MARMION | | | S7163 - QUINTANA | |
| 240767 | 2025 | R | 7163-1851 | QB | 715 BURNETT ST, QUINTANA TX 77541 | QUINTANA | 1179501 | FLIQ COMI | 0 | $13,100.00 | 715 | BURNETT | | | S7163 - QUINTANA | |
| 240766 | 2025 | R | 7163-1840 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240765 | 2025 | R | 7163-1840 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240763 | 2025 | R | 7163-1833 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $11,560.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240751 | 2025 | R | 7163-1801 | QB | HOLLEY ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | HOLLEY | | | S7163 - QUINTANA | |
| 240727 | 2025 | R | 7163-1392 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240720 | 2025 | R | 7163-1371 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240716 | 2025 | R | 7163-1351 | QB | BURNETT ST, QUINTANA TX 77541 | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240708 | 2025 | R | 7163-1313 | QB | 7TH/8TH/HOLLEY, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $26,180.00 | 0 | 7TH/8TH/HOLLEY | | | S7163 - QUINTANA | |
| 240700 | 2025 | R | 7163-1255 | QB | DEWEY ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $660.00 | 0 | DEWEY | | | S7163 - QUINTANA | |
| 240678 | 2025 | R | 7163-1071 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240673 | 2025 | R | 7163-1065 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240671 | 2025 | R | 7163-1062 | QB | BURNETT ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $5,000.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240664 | 2025 | R | 7163-1046 | QB | HOLLEY ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | HOLLEY | | | S7163 - QUINTANA | |
| 240662 | 2025 | R | 7163-1043 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240800 | 2025 | R | 7163-2015 | QB | 8TH ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $26,590.00 | 0 | 8TH | | | S7163 - QUINTANA | |
| 240661 | 2025 | R | 7163-1043 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240804 | 2025 | R | 7163-2031 | QB | KASTL ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $530.00 | 0 | KASTL | | | S7163 - QUINTANA | |
| 240857 | 2025 | R | 7163-2495 | QB | GULF ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $5,780.00 | 0 | GULF | | | S7163 - QUINTANA | |
| 647820 | 2025 | R | 7163-2017 | QB | BURNETT ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $93,240.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 646421 | 2025 | R | 2109-0012 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COMI | 0 | $1,050.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 (/ | |
| 646420 | 2025 | R | 2109-0012 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COMI | 0 | $2,100.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 (/ | |
| 646420 | 2025 | R | 2109-0012 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1090323 | FOSTER G( | 0 | $2,100.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 (/ | |
| 610473 | 2025 | R | 7163-1371 | QB | | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | | | | S7163 - QUINTANA | |
| 558655 | 2025 | R | 7163-2973 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $9,720.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 491421 | 2025 | R | 2109-0001 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COMI | 0 | $12,600.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 (/ | |
| 241009 | 2025 | R | 7163-3936 | QB | LAMAR ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $4,620.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240988 | 2025 | R | 7163-3580 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240979 | 2025 | R | 7163-3563 | QB | GULF ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | GULF | | | S7163 - QUINTANA | |
| 240976 | 2025 | R | 7163-3545 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240963 | 2025 | R | 7163-3201 | QB | LAMAR ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $6,145.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240925 | 2025 | R | 7163-2755 | QB | 918 LAMAR ST, QUINTANA TX 77541 | QUINTANA | 1179501 | FLIQ COMI | 0 | $3,280.00 | 918 | LAMAR | | | S7163 - QUINTANA | |
| 240922 | 2025 | R | 7163-2725 | QB | LAMAR ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COMI | 0 | $8,750.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240891 | 2025 | R | 7163-2605 | QB | JOBIN ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | JOBIN | | | S7163 - QUINTANA | |
| 240864 | 2025 | R | 7163-2502 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $410.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240858 | 2025 | R | 7163-2495 | QB | | QUINTANA | 1179501 | FLIQ COMI | 0 | $5,780.00 | 0 | | | | S7163 - QUINTANA | |
| 240813 | 2025 | R | 7163-2056 | QB | 8TH ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | 8TH | | | S7163 - QUINTANA | |
| 240659 | 2025 | R | 7163-1043 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240658 | 2025 | R | 7163-1042 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240657 | 2025 | R | 7163-1041 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COMI | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 194674 | 2025 | R | 2280-0146 | QB | 2535 COMPASS CT, | BRYAN BE/ | 1179501 | FLIQ COMI | 0 | $117,980.00 | 2535 | COMPASS | | | S2280 - BRYAN BEACH | |
| 194672 | 2025 | R | 2280-0144 | QB | 2533 COMPASS CT CR 806B, | BRYAN BE/ | 1179501 | FLIQ COMI | 0 | $240,180.00 | 2533 | COMPASS | | | S2280 - BRYAN BEACH | |
| 194671 | 2025 | R | 2280-0143 | QB | COMPASS CT, | BRYAN BE/ | 1179501 | FLIQ COMI | 0 | $194,730.00 | 0 | COMPASS | | | S2280 - BRYAN BEACH | |
| 194669 | 2025 | R | 2280-0141 | QB | 2529 COMPASS CT, | BRYAN BE/ | 1179501 | FLIQ COMI | 0 | $2,500.00 | 2529 | COMPASS | | | S2280 - BRYAN BEACH | |

EXHIBIT 19

001

| Property ID | Year | Property Type | Geo ID | Neighborhood Code | Address | Legal Description | Owner ID | Owner Name | Percent Ownership | Appraised Value | Street Number | Street Name | Doing Business As | Abstract | Subdivision | Mobile Home Park |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 194659 | 2025 | R | 2280-0132 | QB | COMPASS CT, TX | BRYAN BEA | 1179501 | FLIQ COM | 0 | $58,540.00 | 0 | COMPASS | | | S2280 - BRYAN BEACH | |
| 194598 | 2025 | R | 2280-0071 | QB | COMPASS CT, TX | BRYAN BEA | 1179501 | FLIQ COM | 0 | $7,500.00 | 0 | COMPASS | | | S2280 - BRYAN BEACH | |
| 191337 | 2025 | R | 2109-0065 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $2,100.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 191302 | 2025 | R | 2109-0034 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $1,050.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 191294 | 2025 | R | 2109-0023 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $530.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 191293 | 2025 | R | 2109-0023 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $530.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 191285 | 2025 | R | 2109-0017 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $1,050.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 191283 | 2025 | R | 2109-0015 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $131,250.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 191280 | 2025 | R | 2109-0013 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $47,510.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 191275 | 2025 | R | 2109-0003 | CFP | COUNTY ROAD 690 OFF, TX | B C I C DIV | 1179501 | FLIQ COM | 0 | $1,050.00 | 0 | COUNTY ROAD 690 OFF | | | S2109 - B C I C DIV 9 | |
| 169660 | 2025 | R | 0335-0021 | S2280 | SAND DOLLAR, QUINTANA | A0335 J G | 1179501 | FLIQ COM | 0 | $9,370.00 | 0 | SAND DOLLAR | | A0335 - J G MCNEEL | | |
| 169650 | 2025 | R | 0335-0017 | S2280 | S LAKE DR FM 1495, QUINTANA | A0335 J G | 1179501 | FLIQ COM | 0 | $4,430.00 | 0 | LAKE | | A0335 - J G MCNEEL | | |
| 169646 | 2025 | R | 0335-0016 | S2280 | 168 S LAKE DR, QUINTANA | A0335 J G | 1179501 | FLIQ COM | 0 | $550.00 | 168 | LAKE | | A0335 - J G MCNEEL | | |
| 194697 | 2025 | R | 2280-0172 | QB | 2514 DEEP SEA DR, | BRYAN BEA | 1179501 | FLIQ COM | 0 | $25,660.00 | 2514 | DEEP SEA | | | S2280 - BRYAN BEACH | |
| 194700 | 2025 | R | 2280-0175 | QB | 2520 DEEP SEA DR, | BRYAN BEA | 1179501 | FLIQ COM | 0 | $25,660.00 | 2520 | DEEP SEA | | | S2280 - BRYAN BEACH | |
| 194701 | 2025 | R | 2280-0176 | QB | DEEP SEA DR, | BRYAN BEA | 1179501 | FLIQ COM | 0 | $26,015.00 | 0 | DEEP SEA | | | S2280 - BRYAN BEACH | |
| 194728 | 2025 | R | 2280-0204 | QB | DEEP SEA DR, | BRYAN BEA | 1179501 | FLIQ COM | 0 | $56,050.00 | 0 | DEEP SEA | | | S2280 - BRYAN BEACH | |
| 240636 | 2025 | R | 7163-0714 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240597 | 2025 | R | 7163-0485 | QB | GULF ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | GULF | | | S7163 - QUINTANA | |
| 240593 | 2025 | R | 7163-0466 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240587 | 2025 | R | 7163-0427 | QB | HOLLEY ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | HOLLEY | | | S7163 - QUINTANA | |
| 240564 | 2025 | R | 7163-0192 | QB | JAMES ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $100.00 | 0 | JAMES | | | S7163 - QUINTANA | |
| 240554 | 2025 | R | 7163-0124 | QB | 2ND ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | 2ND | | | S7163 - QUINTANA | |
| 240553 | 2025 | R | 7163-0123 | QB | LAMAR ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | LAMAR | | | S7163 - QUINTANA | |
| 240540 | 2025 | R | 7163-0089 | QB | BURNETT ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 657025 | 2025 | R | 7163-1831 | QB | BURNETT ST, QUINTANA TX | QUINTANA | 1179501 | FLIQ COM | 0 | $80,800.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 240539 | 2025 | R | 7163-0088 | QB | BURNETT ST, QUINTANA TX 77541 | QUINTANA | 1179501 | FLIQ COM | 0 | $21,975.00 | 0 | BURNETT | | | S7163 - QUINTANA | |
| 225078 | 2025 | R | 6081-0059 | S2280 | QUINTANA BEACH DR, TX | LA QUINTA | 1179501 | FLIQ COM | 0 | $200.00 | 0 | QUINTANA BEACH | | | S6081 - LA QUINTANA | |
| 194823 | 2025 | R | 2280-0297 | QB | 127 S LAKE DR, QUINTANA | BRYAN BEA | 1179501 | FLIQ COM | 0 | $2,500.00 | 127 | LAKE | | | S2280 - BRYAN BEACH | |
| 194822 | 2025 | R | 2280-0296 | QB | S LAKE DR, QUINTANA TX 77541 | BRYAN BEA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | LAKE | | | S2280 - BRYAN BEACH | |
| 194820 | 2025 | R | 2280-0294 | QB | S LAKE DR, QUINTANA TX 77541 | BRYAN BEA | 1179501 | FLIQ COM | 0 | $22,500.00 | 0 | LAKE | | | S2280 - BRYAN BEACH | |
| 194807 | 2025 | R | 2280-0281 | QB | SAND DOLLAR, QUINTANA TX 77541 | BRYAN BEA | 1179501 | FLIQ COM | 0 | $2,655.00 | 0 | SAND DOLLAR | | | S2280 - BRYAN BEACH | |
| 194801 | 2025 | R | 2280-0275 | QB | SAND DOLLAR, QUINTANA TX 77541 | BRYAN BEA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | SAND DOLLAR | | | S2280 - BRYAN BEACH | |
| 194784 | 2025 | R | 2280-0259 | QB | COUNTY ROAD 723, QUINTANA TX 77541 | BRYAN BEA | 1179501 | FLIQ COM | 0 | $15,000.00 | 0 | COUNTY ROAD 723 | | | S2280 - BRYAN BEACH | |
| 194730 | 2025 | R | 2280-0208 | QB | DEEP SEA DR, TX | BRYAN BEA | 1179501 | FLIQ COM | 0 | $26,060.00 | 0 | DEEP SEA | | | S2280 - BRYAN BEACH | |
| 240533 | 2025 | R | 7163-0072 | QB | GULF ST, QUINTANA | QUINTANA | 1179501 | FLIQ COM | 0 | $2,500.00 | 0 | GULF | | | S7163 - QUINTANA | |
| 663312 | 2025 | R | 0142-0006 | SBR.ABST | COUNTY RAOD 242A OFF NAR, TX | A0142 C A | 1179501 | FLIQ COM | 0 | $159,000.00 | 0 | COUNTY RAOD 242A | | A0142 - C AREOLA | | |
| | | | | | | | | | | $1,607,530.00 | | | | | | |

EXHIBIT 19                                    002