



### Nicole Sams · 3rd
Sr. Environmental Specialist at Freeport LNG

- Freeport LNG
- Brazosport College

Angleton, Texas, United States · **Contact info**

480 followers · 413 connections

Follow    Message    More

Connect if you know each other    + Connect

## About

My background consists of several years as an Environmental Specialist and several years as an HSE Coordinator. I have gained a great deal of knowledge and skills in many areas throughout my career. My objective is to obtain a position that will allow me the opportunity to utilize my educational and work experiences.

## Activity
480 followers

+ Follow

Nicole Sams commented on a post · 1mo
Congrats Mike! 

Nicole Sams commented on a post · 4mo
Congrats Scott! 

Nicole Sams commented on a post · 5mo
Congrats Mike! 

Show all comments →

## Experience

 **Freeport LNG**
7 yrs 9 mos

EXHIBIT 20    001

**Environmental Specialist**
Full-time
Feb 2020 - Present · 5 yrs 6 mos

**Environmental Analyst**
Nov 2017 - Feb 2020 · 2 yrs 4 mos

**Environmental, Health and Safety Administration**
Gulf Chemical & Metallurgical Corp.
Jan 2014 - Apr 2017 · 3 yrs 4 mos
Freeport, Texas

- Excel, Word, Outlook, PowerPoint, Matrix, CDC Smart Client
- Monthly Physicals and Medical Record Monitoring and Reporti ...see more

## Education

**Brazosport College**
Certification of Completion, Business, Management, Marketing, and Related Support Services
2002 - 2004


**Alvin Community College**
Certificate, Real Estate
2002 - 2002

Show all 3 educations →

## Licenses & certifications

**Notary Public**
State of Texas
Issued May 2022 · Expires May 2026
Credential ID 129745917


**RCRA Hazardous Waste Management**
Lion Technology Inc.
Issued Jul 2022 · Expired Jul 2023

Show all 7 licenses & certifications →

## Skills

**Office Administration**
 3 endorsements

**Safety Management Systems**
Endorsed by Jeff Mueller who is highly skilled at this
 3 endorsements

Show all 29 skills →

## Interests

**Top Voices**    Companies    Groups    Schools

EXHIBIT 20                                                                     002


**Jeff Weiner**  · 3rd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,405,423 followers

＋ Follow

Ad ···
Maximize hiring outcomes. Minimize the hassle

 

Clay, hire more efficiently with LinkedIn.

Learn more

### More profiles for you


**Denell McClure**  · 2nd
Production / Supply Chain Planner Freeport LNG

＋ Connect


**Candice Duhon**  · 2nd
LNG | Commercial | Energy | Finance | FP&A | Supply Chain

＋ Connect


**Desiree Boutte**  · 2nd
HR Business Partner | Talent Strategy & Workforce Planning | Employee Engagement | Organizational & Community Advocate

＋ Follow


**Nathan Cashion**  · 3rd
Health, Safety & Emergency Response Professional

✈ Message


**Chris Minter, CSP**  · 3rd
Seasoned Health and Safety Superintendent

✈ Message

Show all

### Explore Premium profiles


**Mark Grae** · 3rd
Grae & Grae, LLC

✈ Message


**Dara Hall, CMP, CMM** · 3rd
Exemplary Service Provider, Captain of Creative, Cost-conscious Logistics Teams for Event Source Professionals Inc.

✈ Message

**EXHIBIT 20**                                                        003

 **Uzo Akpele** · 2nd
Immigration Lawyer. Credo Law, LLC
 Connect

**David Shulman** · 2nd
Board Certified Attorney in Wills, Trusts, and Estates; Partner at Ginsberg Shulman, PL
Connect

## People you may know

**Alex Salazar**
Attorney at Law, 8100 Broadway, Suite 102, San Antonio, Texas 78209 210-646-4659...
 Connect

 **Joseph Aragon**
Owner/Operator at Aragon Law Firm
Connect

 **Marc LaHood**
Lawyer
Connect

 **Kunal Udeshi**
Owner at Udeshi Law Firm PLLC
Connect

 **Ramona Lampley**
Associate Dean for Research & Faculty Development St. Mary's University School of Law
Pending

Show all

## You might like
Pages for you

 **American Bar Association**
Legal Services
322,671 followers
 2 connections work here
 + Follow

 **U.S. District Courts**
Administration of Justice
74,400 followers
 2 connections work here
 + Follow

Show all

EXHIBIT 20    004
https://www.linkedin.com/in/nicole-sams-5389843b/    4/5



| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
|---|---|---|---|---|
| Professional Community Policies | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2025

EXHIBIT 20    005