

**EXHIBIT 20-2**