

**EXHIBIT 20-3**