

**EXHIBIT 20-4**