



**Rebecca Button** · 3rd
Senior Regulatory Affairs Specialist at Freeport LNG

- Freeport LNG

Freeport, Texas, United States · **Contact info**
5 connections

Connect  **Message**  More

## Activity
5 followers

**Rebecca hasn't posted yet**
Recent posts Rebecca shares will be displayed here.

Show all activity →

## Experience

 

**Senior Regulatory Affairs Specialist**
Freeport LNG

## Interests

**Companies**





**Freeport LNG**
21,198 followers

+ Follow



**NextDecade**
34,802 followers

+ Follow

Show all companies →

**EXHIBIT 23**                                                           **001**

Ad ···

Clay, hiring is expensive. Unless it's with LinkedIn.

 

Get more out of your budget with flex pricing.

Post a free job

**More profiles for you**


Denell McClure · 2nd
Production / Supply Chain Planner Freeport LNG

 Connect


Mukesh Giri · 3rd
CSPO® | Enterprise Information Management | Data & Business Analytics | xECM Engineering | Records & Physical Objects Management | Strategy &...

 + Follow


Letícia Rassi · 3rd
HRIS Analyst

+ Follow


Michael Rodriguez · 3rd
Panel Operator/Loadmaster | Control and Manage LNG Pipeline

 Message


Angela Rodriguez · 3rd
Material Coordinator

Message

Show all

**Explore Premium profiles**


Jaswant S Gill, CPA · 2nd
Founder & Managing Partner | International Tax Expert, Tax Advisor to HNW taxpayers, Real Estate Investors, & Healthcare & Tech SMBs

+ Follow


Chris Wiest · 3rd
Chris Wiest, Attorney at Law, PLLC Owner | Litigation Specialist

Message


Andrea Williams · 2nd
Donham & Williams, PC - President

Connect


Nafela H. Helou · 2nd
Strategic Employment Defense Attorney | Preventing Litigation | Driving Success

**EXHIBIT 23**            **002**


+ Connect

**People you may know**
From Rebecca's company


**Wendy Clark**
Vice President and Chief Accounting Officer at Freeport LNG

+ Connect


**Garrett Rother** ✓
Process Engineer at Freeport LNG
+ Connect


**Amy McCutcheon** ✓
Director Health, Safety, and Emergency Response
+ Connect


**Shaw Ottis** ✓
Senior Vice President, General Counsel & Secretary at Freeport LNG
+ Connect


**Mark W. Mallett, P.E.** ✓
Chief Operating Officer Freeport LNG - Retired
+ Connect

Show all

**You might like**
Pages for you


**American Bar Association**
Legal Services
322,846 followers
  2 connections work here
+ Follow


**U.S. District Courts**
Administration of Justice
74,432 followers
  2 connections work here
+ Follow

Show all

**EXHIBIT 23**    **003**

**EXHIBIT 23** **004**