IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAMMI LOCKHART CIMIOTTA | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF QUINTANA, TEXAS, | § | |
| FREEPORT LNG DEVELOPMENT, | § | |
| L.P.,, VENANZIO "MIKE" CASSATA, | § | |
| in his official and individual | § | CIVIL ACTION NO. 3:25-cv-220 |
| capacities, JUDITH CAMILLE | § | |
| TYNER, in her official and | § | |
| individual capacities, SUE ANN | § | |
| TULEY, in his official and individual | § | |
| capacities, Steve Alongis, in his | § | |
| official and individual capacities, | § | |
| and Rebecca Button, in her official | § | |
| and individual capacities, | § | |
| *Defendant* | | |

**NOTICE OF INTERESTED PARTIES**

TO THE HONORABLE COURT:

COMES NOW, Clay Dean Thomas, attorney for Tammi Lockhart Cimiotta, and

pursuant to the applicable rules of civil procedure and/or local rules, files this

Notice of Interested Parties, and respectfully shows the Court the following:

1. **Interested Parties**

    The following persons, entities, and/or law firms are financially interested in

    the outcome of this case:

a. Tammi Lockhart Cimiotta
   404 Lexington Avenue
   Clute, Texas 77531

b. City of Quintana, Texas
   814 North Lamar
   Quintana , Texas 77541

c. Venanzio Cassata
   28722 Champions Drive
   Magnolia, Texas 77355

d. Judith Camille Tyner
   818 Ft. Velasco Drive
   Surfside, Texas 77541

e. Steven Grant Alongis
   807 Burnett
   Quintana, Texas 77541

f. Sue Ann Tuley
   502B Sundial Street
   Surfside, Texas 77541

g. Rebecca Lynn Button
   2535 Compass Court
   Quintana, Texas 77541

h. Freeport LNG Development, L.P.
   Corporation Service Co.
   DBA CSC – Lawyers Inco
   211 East 7th Street
   Suite 620
   Austin, Texas 78701

i. Freeport LNG-GP, Inc.
   333 Clay Street
   Suite 5050
   Houston, Texas 77002

j. Freeport LNG Expansion GP, LLC
   Corporation Service Co.

DBA CSC – Lawyers Inco
211    East 7th Street
Suite 620
Austin, Texas 78701

k.  Kristine E. Eppes
211 East 7th Street
Suite 620
Austin, Texas 78701

l.  Freeport LNG Expansion, L.P.
Corporation Service Co.
211    East 7th Street
Suite 620
Austin, Texas 78701

m. Freeport LNG Expansion GP, Inc.
333 Clay Street
Suite 5050
Houston, Texas 77002

n.  Freeport LNG Marketing, LLC
Corporation Service Company
211 East 7th Street
Suite 620
Austin, Texas 78701

o.  Freeport LNG, LLC
333    Clay Street
Suite 5050
Houston, Texas 77002

p.  Freeport LNG-GP, LLC
Corporation Service Company
211    East 7th Street
Suite 620
Austin, Texas 78701

q.  FLIQ4 Mezz Holdings, LLC
Corporation Service Company
211 East 7th Street
Suite 620

Austin, Texas 78701

r.  FLNG Liquefaction Holdings, LLC
    333   Clay Street
    Suite 5050
    Houston, Texas 77002

s.  FLIQ Common Facilities
    Corporation Service Company
    212   East 7th Street
    Suite 620
    Austin, Texas 78701

t.  Charles Reimer
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

u.  Clay Harris
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

v.  Damien Dwin
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

w.  Dipak Kothari
    333   Clay Street
    Suite 5050
    Houston, Texas 77002

x.  Hugh S. Urbantke
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

y.  John B. Tobola
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

z.  John Duty
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

aa. Michael S. Smith
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

bb. Stephen O' Rourke
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

cc. Daisuke Takauchi
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

dd. Lance Goodwin
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

ee. Michael Moppert
    333 Clay Street
    Suite 5050
    Houston, Texas 77002

2. **Purpose of Filing**

This Notice is filed to assist the Court in evaluating potential grounds for

recusal or disqualification and for transparency of the parties involved.

Respectfully submitted,

*/s/ Clay Dean Thomas*
Clay Dean Thomas

CLAY THOMAS PLLC
TBN: 24088520
15344 West State Highway 21
Douglass, Texas 75943
(936) 715-7144
clay.thomas@claythomaspc.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Interested Parties was

served on all counsel of record in accordance with the Texas Rules of Civil Procedure

on this the 3rd day of August, 2025.

*/s/ Clay Dean Thomas*
Clay Dean Thomas