YetterColeman LLP

September 26, 2025

Hon. Jeffrey V. Brown             *Via E-file*
United States Courthouse
601 Rosenberg Ave.
Galveston, Texas 77550

    Re:    Civil Action No. 3:25-CV-220, *Tammi Lockhart Cimiotta v. City of Quintana, Texas et al.*; in the Galveston Division of the Southern District of Texas

Dear Judge Brown:

    Defendant Freeport LNG Development LP filed its Motion to Dismiss under FRCP 12(b)(6) (the "Motion") on August 29, 2025. Dkt. 28. On September 25, Plaintiff filed a motion for leave to file a late response to the Motion, noting that Freeport LNG did not immediately take a position on the motion for leave and was, therefore, presumably opposed. Dkt. 30 at 1.

    While Plaintiff's motion for leave does not explain why the response was untimely filed, the proposed order states that Plaintiff's counsel was occupied with an unanticipated capital matter. Dkt. 30-1 at 1. After reviewing the motion for leave and its proposed order, Freeport LNG does not oppose the motion for leave and prefers the Court to resolve the Motion on its merits.

    Very truly yours,

    James E. Zucker