IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAMMI LOCKHART CIMIOTTA | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-220 |
| | § | |
| CITY OF QUINTANA, TEXAS, et. al | § | |
| *Defendants* | § | |

**NOTICE OF ERRATA**

Plaintiff, Tammi Lockhart Cimiotta, respectfully withdraws Documents No. 34 AND 34-1, filed on October 6, 2025, which was filed in error. These documents are withdrawn and should not be considered by the Court.

Respectfully submitted,

Clay Thomas, P.C.

*/s/Clay Dean Thomas*
Clay Dean Thomas
Texas Bar No. 24088520
15344 West State Highway 21
Douglass, Texas 75943
TEL:   (936) 715-7144
Fac:    (979) 773-5055
clay.thomas@claythomaspc.com