# Exhibit B

# TOWN OF QUINTANA, TEXAS
## Shari Wright, Mayor

**Mike Cassata, Position 1**
**Steve Alongis, Position 2**
**Camille Tyner, Position 3**
**Adam Valadez, Position 4**



**Rebecca Button, Position 5**
**Alan Petrov, City Attorney**
**Tammi Cimiotta, City Sec/Adm.**

## TOWN OF QUINTANA AGENDA
### Special Council Meeting
### Wednesday, April 23, 2025, at 6pm
### Meeting location at Town Hall
### 814 Lamar, Quintana, TX. 77541

*Persons with disabilities who plan to attend this meeting and who may need auxiliary aids or services are asked to contact the City Secretary's office (979-233-0848), two working days prior to the meeting for appropriate arrangements.*

Any item requiring a Public Hearing will allow citizens/visitor to speak at the time that item appears on the agenda as indicated by a Public Hearing. Items that are subject matter to the jurisdiction of the Town Council include Town policy and legislative issues. Issues regarding daily operational or administrative matters should first be dealt with at the administrative level by calling Town Hall at 979-233-0848 during regular business hours. **Please remember that the Texas Penal Code Section 42.05. DISRUPTING MEETING OR PROCESSION states that (a) A person commits an offense if, with intent to prevent or disrupt a lawful meeting, procession, or gathering, he/she obstructs or interferes with the meeting, procession, or gathering by physical action or verbal utterance. And that (b) an offense under this section is a Class B misdemeanor.**

Item 1: Meeting called to order

Item 2: Pledge of Allegiance

### Executive Session — as necessary:

Pursuant to Texas Government Code, Section 551.074, to deliberate the appointment employment, evaluation, reassignment, duties, discipline, or dismissal of a public officer or employee.

Item 3: Personnel

Discussion and Possible Action regarding Tammi Cimiotta, Town Administrator and Jennifer "Hope" Williamson, Maintenance position.

### Item 4:  Adjournment

In compliance with the Americans with Disabilities Act, if you plan to attend this public meeting and you have a disability that requires special arrangements, please contact City Secretary, Tammi Cimiotta at 979-233-0848 at least 24 hours prior to the meeting so that reasonable accommodations can be made to assist in your participation in the meeting. The Municipal Building is wheel chair accessible from the front entrance. Special seating will be provided in the Council Chambers. I hereby certify that a true and correct copy of the foregoing "Notice of Council Meeting "for the Town of Quintana was posted within its corporate limits of the Town of Quintana, at 814 N. Lamar, Quintana, Texas, on the 17th day of April 2025 at 4:00 pm, the same being at least 72 hours prior to the time and date of the above-mentioned meeting.

**Mayor Shari Wright or**
**Mayor Pro Temp, Mike Cassata**

**ATTEST:**

**Tammi Cimiotta**
**City Sec/Administrator**
**814 N. Lamar**
**Quintana, TX. 77541**
cityadministrator@quintanatx.com

*April 23, 2025, Special Council Meeting held at*
*Quintana Town Hall at 814 Lamar, Quintana, TX. at 5pm*