# Exhibit C

# TOWN OF QUINTANA, TEXAS
Shari Wright, Mayor

## Minutes from Regular Council Meeting
April 23, 2025

Mike Cassata, Position 1, Mayor Pro Tem
Steve Alongis, Position 2
Camille Tyner, Position 3
Adam Valadez, Position 4
Rebecca Button, Position 5
Alan Petrov, City Attorney
Tammi Cimiotta, City Sec/Adm.

Meeting location at Town Hall
814 Lamar, Quintana, TX. 77541

Item 1: Meeting called to order at 6:00pm

Item 2: Pledge of Allegiance

**Executive Session-as necessary**

Pursuant to Texas Government Code, Section 551.074, to deliberate the appointment employment, evaluation, reassignment, duties, discipline, or dismissal of a public officer or employee.

Item 3: Personnel

Discussion and Possible Action regarding Tammi Cimiotta, Town Administrator and Jennifer "Hope" Williamson, Maintenance position.

Motion to suspend Tammi Cimiotta for 30 days made by Rebecca Button and Seconded by Steve Alongis, Approved with a Vote of 3/2/0.

Item 4: Adjournment

Motion to adjourn made by Mike Cassata and Seconded by Camille Tyner with a Vote of 5/0/0.

_____
Mayor Shari Wright

**Attest:**

_Hope Williamson_
**Hope Williamson**
**City Sec/Administrator-Interim**
**Town of Quintana**

Attorney Alan Petrov is in attendance.
 Jennifer "Hope" Williamson is in attendance



_____

_____