# Exhibit E

# TOWN OF QUINTANA, TEXAS
## Mike Cassata, Mayor

## Minutes from Regular Council Meeting
June 3, 2025

**Sue Tuley, Position 1**
**Steve Alongis, Position 2**
**Camille Tyner, Position 3**
**Adam Valadez, Position 4, Mayor Pro Tem**
**Rebecca Button, Position 5**
**Alan Petrov, City Attorney.**
**Hope Williamson, City Secretary**

**Meeting location at Town Hall**
**814 Lamar, Quintana, TX. 77541**

**Guest in attendance: Melanie Oldham, Claudia Cassata, Jerry Meeks Jr. and Jerry Meeks Sr.**

Item 1:   Meeting called to order at 5:17pm

Item 2:   Pledge of Allegiance

Item 3:   Public Comment: Melanie Oldham

Item 4:   Discuss, Consider and Possible approval of Minutes from May 6, 2025, Special Council Meeting and May 14, 2025, Special Council Meeting.

Motion to approve minutes from May 6 and May 14 Special Council Meeting was made by Camille Tyner and seconded by Steve Alongis, Approved with a Vote of 5/0/0.

Item 5:   Discuss, Consider and Possible approval of April 2025 Financials.

Motion to approve April 2025 Financials made by Adam Valadez and seconded by Camille Tyner, Approved with a Vote of 5/0/0

Item 6:   Discuss, Consider and Possible approval to change the Town of Quintana's signor list for all Texas Gulf Bank accounts are currently held with the current council members as signors and Deletion of previous members no longer on Council, Resolution 2025-02.

Motion to approve Resolution 2025-02 made by Rebecca Button and seconded by Adam Valadez, Approved with a Vote of 5/0/0

Item 7: Request to MWW representative for discussion with Council for updates on USG Mixer project, water plant, repairs, violations, lab results, plant inventory, housing for permanent generator and any correspondence from TCEQ.

USG will be starting on the water plant June 17, 2025

Item 8: Discuss, Consider, and Possible Approval of updating the towns Personnel Policy with changes from resolution and council members, tabled from March 18, 2025, Regular Council Meeting.

Motion to resend the Resolution 2024-10, Duties and Responsibilities of the Mayor, City Council Members and City Administrator made by Camille Tyner and seconded by Steve Alongis with a Vote of 5/0/0.

Item 9: Discuss, Consider, and Possible Approval of the Interlocal Agreement from City of Freeport- Fire and EMS.

Item was tabled for more information.

**Council Updates:**
Sue Tuley
Steve Alongis
Camille Tyner
Adam Valadez- Another beach clean-up at the Jetties June 10,2025
Rebecca Button
Mayor Mike Cassata- Ask if there was anyone else needing to RSVP for the 2025 Hurricane Preparedness Update with County Judge Matt Sebesta.

**Item 10: Adjournment:**

**Motion to adjourn made by Camille Tyner and seconded by Adam Valadez, Approved with a Vote of 5/0/0**
**Meeting Adjourned at 5:45pm**

Item 7:   **Adjourn**. Meeting adjourned into Regular Council Meeting at 5:17pm

*[Signature]*
Mayor Mike Cassata

**Attest:**

*[Signature: Hope Williamson]*
**Hope Williamson**
**City Sec/Administrator-Interim**
**Town of Quintana**

Attorney Alan Petrov is in attendance.
Jennifer "Hope" Williamson is in attendance

# TOWN OF QUINTANA, TEXAS
Mike Cassata, Mayor

## Minutes from Special Council Meeting
June 3, 2025

Sue Tuley, Position 1
Steve Alongis, Position 2
Camille Tyner, Position 3
Adam Valadez, Position 4, Mayor Pro Tem
Rebecca Button, Position 5
Alan Petrov, City Attorney.
Hope Williamson, City Secretary

Meeting location at Town Hall
814 Lamar, Quintana, TX. 77541

**Guest in attendance: Melanie Oldham, Claudia Cassata, Jerry Meeks Jr. and Jerry Meeks Sr.**

Item 1: Meeting called to order at 5:00pm

Item 2: Pledge of Allegiance

Item 3: Public Comment: Melanie Oldham

Item 4: Public Hearing: Council did provide Tammi with a public hearing with the opportunity to Speak. Tammi nor her Attorney were present.

Item 5: **Executive Session:**
Pursuant to Texas Government Code, Section 551.074, Personnel Matters, to deliberate the Appointment, employment, evaluation, reassignment, duties, discipline, or dismissal of a Public officer or employee.

A. Discussion regarding Tammi Cimiotta, Town Administrator.

Discussion between the Council and the Town Attorney.

Item 6: Open Session- Take Action on item discussed in Executive Session as necessary.

Steve Alongis made a motion to terminate Tammi Cimiotta's employment for Lack of Confidence in accordance with her contract and that all Town Hall property be returned seconded by Sue Tuley, Approved with a vote of 5/0/0.

_____
Mayor Mike Cassata

**Attest:**

_____
**Hope Williamson**
**City Sec/Administrator-Interim**
**Town of Quintana**

Attorney Alan Petrov is in attendance.
Jennifer "Hope" Williamson is in attendance