# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **TAMMI LOCKHART CIMIOTTA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:25-cv-00220** |
| | § | **JURY DEMAND** |
| **CITY OF QUINTANA, TEXAS,** *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

ON THIS DAY, the Court considered Defendants CITY OF QUINTANA, TEXAS, MAYOR VENANZIO "MIKE" CASSATA, COUNCILMEMBER JUDITH CAMILLE TYNER, COUNCILMEMBER SUE ANN TULEY, COUNCILMEMBER STEVE ALONGIS, COUNCILMEMBER REBECCA BUTTON, and FORMER-MAYOR SHARI LYNN WRIGHT's Motion to Dismiss Plaintiff's Amended Original Complaint, the evidence, and any responses and replies, and the Court is of the opinion that such Motion should be, and is hereby, **GRANTED**.

It is therefore **ORDERED,** Plaintiff's claims against the Quintana Defendants are **DISMISSED WITH PREJUDICE**.

SIGNED this the \_\_\_\_ day of _____, 2025.

_____
**PRESIDING JUDGE**