IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAMMI LOCKHART CIMIOTTA | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF QUINTANA, TEXAS, | § | |
| FREEPORT LNG DEVELOPMENT, | § | |
| L.P.,, VENANZIO "MIKE" CASSATA, | § | |
| in his official and individual | § | CIVIL ACTION NO. 3:25-cv-220 |
| capacities, JUDITH CAMILLE | § | |
| TYNER, in her official and | § | |
| individual capacities, SUE ANN | § | |
| TULEY, in his official and individual | § | |
| capacities, Steve Alongis, in his | § | |
| official and individual capacities, | § | |
| and Rebecca Button, in her official | § | |
| and individual capacities, | § | |
| *Defendant* | | |

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES**

COMES NOW, Plaintiff, Tammi Lockhart Cimiotta, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1), files her notice of Initial Disclosures notifying the Court that Plaintiff served her Initial Disclosures on November 5, 2025.

Respectfully submitted,

*/s/ Clay Dean Thomas*
Clay Dean Thomas

CLAY THOMAS PC
TBN: 24088520
15344 West State Highway 21
Douglass, Texas 75943
(936) 715-7144
legal@claythomaspc.com