UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TAMMI LOCKHART CIMIOTTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF QUINTANA, TEXAS, FREEPORT LNG DEVELOPMENT, L.P., VENANZIO "MIKE" CASSATA, in his official and individual capacities, JUDITH CAMILLE TYNER, in her official and individual capacities, SUE ANN TULEY, in her official and individual capacities, STEVE GRANT ALONGIS, in his official and individual capacities, REBECCA BUTTON, in her official and individual capacities, and SHARI LYNN WRIGHT, in her individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-00220 |
| Defendants. | ) |

**FREEPORT LNG DEVELOPMENT, L.P.'S
NOTICWE OF INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Freeport LNG Development, L.P. ("Freeport LNG") hereby files its notice of Initial Disclosures notifying the Court that Freeport LNG served its Initial Disclosures on November 5, 2025.

Dated: November 5, 2025

Respectfully submitted,

/s/ *James E. Zucker*
James E. Zucker
State Bar No. 24060876
Alishan Alibhai
State Bar No. 24121498
Henry J. Humphreys
State Bar No. 24136401
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 632-8000
Facsimile: (713) 632-8002
jzucker@yettercoleman.com
asalibhai@yettercoleman.com
hhumphreys@yettercoleman.com

*Attorneys for Defendant Freeport LNG Development L.P.*

## Certificate of Service

I certify that on November 5, 2025, a copy of this document was served on all counsel of record using the Court's e-filing system.

/s/ *Alishan Alibhai*
Alishan Alibhai