**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **TAMMI LOCKHART CIMIOTTA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 3:25-CV-00220** |
| | § | **JURY DEMAND** |
| **CITY OF QUINTANA, TEXAS, *ET AL.,*** | § | |
| | § | |
| *Defendants.* | § | |

**QUINTANA DEFENDANTS' SUGGESTION OF DEATH**
**OF COUNCILMEMBER REBECCA BUTTON**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants City of Quintana, Texas ("City"), Mayor Venanzio "Mike" Cassata ("Mayor Cassata"), Councilmember Judith Camille Tyner ("Councilmember Tyner"), Councilmember Sue Ann Tuley ("Councilmember Tuley"), Councilmember Steve Alongis ("Councilmember Alongis"), and Former-Mayor Shari Lynn Wright ("Wright") (collectively referred to as the "Quintana Defendants") and does hereby place this Court on notice, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, that Defendant Councilmember Rebecca Button ("Councilmember Button") died on or about November 5, 2025 in Quintana, Texas.

I.

All parties are hereby notified of this death.

II.

The Quintana Defendants move this Honorable Court to enter this Suggestion

of Death on the record in this cause.

Respectfully submitted,

*Carmen Jo Rejda-Ponce*

**Carmen Jo Rejda-Ponce – Attorney-in-Charge**
State Bar No. 24079149
Federal I.D. No. 1366666
crejdaponce@germer.com
**Antonio Cruz Ramirez, III**
State Bar No. 24113672
Federal I.D. No. 3515678
aramirez@germer.com
**Germer PLLC**
2929 Allen Parkway, Suite 2900
Houston, TX  77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**Counsel for Defendants, City of Quintana, Texas, Venanzio "Mike" Cassata, Judith Camille Tyner, Sue Ann Tuley, Steve Alongis, Rebecca Button and Shari Lynn Wright**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, a true and correct copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all known counsel of record pursuant to the Federal Rules of Civil Procedure.

*Carmen Jo Rejda-Ponce*

**Carmen Jo Rejda-Ponce**